Form oadm348

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: First Connecticut Consulting Group., Inc and
James Licata
Debtor(s)

Case No.: 02-50852

Chapter: 7

**ORDER AND NOTICE FIXING LAST DAY FOR FILING REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSES INCURRED DURING CHAPTER 11 CASE AND FOR CLAIMS SPECIFIED IN SECTION 348(d)**

A conversion to a case under chapter 7 from a case under chapter 11 having been entered and a separate schedule having been filed listing unpaid debts incurred by the debtor after the commencement and before the conversion of the chapter 11 case (hereafter, the "Separate Schedule"), it is

ORDERED, AND NOTICE is hereby given that:

1. Administrative Expenses. All requests for payment of chapter 11 administrative expenses pursuant to Bankruptcy Code section 503 shall be filed with the Clerk of the Court, United States Bankruptcy Court, **915 Lafayette Boulevard, Bridgeport, CT 06604** on a form clearly labeled "Request for Payment of Administrative Expense" on or before **10/16/06** to have such requests allowed.

2. Section 348(d) Claims. It is presently appearing that sufficient assets may become available to pay a dividend to holders of unsecured claims, proof of all other chapter 11 claims, as specified in Bankruptcy Code section 348(d), shall be filed on a form consistent with Official Form No. 10, clearly noting therein that said claim is filed pursuant to section 348(d), on or before the date established in paragraph 1 above to have such claims allowed.

3. A copy of this order and notice shall be served by the clerk on all holders of claims listed in the Separate Schedule, the U.S. Trustee, the Chapter 7 Trustee, the debtor, and counsel for the debtor.

4. A copy of the 341 Meeting Notice, after conversion, shall be served by debtor's counsel on all holders of claims listed in the separate schedule of unpaid debts.

Dated: 8/14/06

Alan H.W. Shiff
United States Bankruptcy Judge

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT (BRIDGEPORT)

ORDER ENTERED ON: 4-2-03

In re:                                    :
                                          :   Chapter 11
FIRST CONNECTICUT CONSULTING              :
GROUP, INC.,                              :   Case Nos. 02-50852
                                          :
              Debtor.                     :   Ro: 122
                                          :

ORDER APPROVING APPLICATION OF BUCHANAN INGERSOLL,
PROFESSIONAL CORPORATION, COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECUREDCREDITORS OF FIRST CONNECTICUT CONSULTING GROUP,
INC. FOR FIRST INTERIM ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331

The Court having been presented the Application of Buchanan Ingersoll, Professional Corporation (the "Buchanan Firm"), Counsel to the Official Committee of Unsecured Creditors of First Connecticut Consulting Group, Inc. for First Interim Allowance of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 ("Application"), it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Application is granted and that the Buchanan Firm is awarded compensation in the amount of $91,564.00 [~~$94,764.00~~] for professional services rendered for the period August 1, 2002 through and including and including February 11, 2003 (the "First Interim Period"), and reimbursement of disbursements incurred in the amount of $8,010.03 [~~$10,189.03~~] for the First Interim Period;

187296

/77

**ORDERED, ADJUDGED AND DECREED** that the Debtor is authorized and directed to pay to the Buchanan Firm such funds necessary to effectuate the terms and conditions of this Order WHEN FUNDS ARE AVAILABLE. ALL PAYMENTS ARE SUBJECT TO ADJUSTMENT AND DISGORGEMENT.

BY: _____
THE HONORABLE ALAN H.W. SCHIFF
~~CHIEF~~ JUDGE FOR THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT
OF CONNECTICUT (BRIDGEPORT
DIVISION)

Dated: February , 2003

209981-1;PRN1

2

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT (BRIDGEPORT)

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| FIRST CONNECTICUT CONSULTING | |
| GROUP, INC., *et al.*, | Case No. 02-50852 |
| | |
| Debtors | (Jointly Administered) |

Re: # 409

## ORDER APPROVING APPLICATION OF BUCHANAN INGERSOLL, PROFESSIONAL CORPORATION, COUNSEL TO THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS OF FIRST CONNECTICUT CONSULTING GROUP, INC. AND JAMES LICATA FOR SECOND INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331

The Court having been presented the Application of Buchanan Ingersoll, Professional Corporation (the "Buchanan Firm"), Counsel to the Official Committees of Unsecured Creditors of First Connecticut Consulting Group, Inc and James Licata for Second Interim Allowance of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 ("Application"), it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Application is granted and that the Buchanan Firm is awarded compensation in the amount of $107,060.00 for professional services rendered for the period February 12, 2003 through and including and including July 31, 2003 (the "Second Interim Period"), and reimbursement of disbursements incurred in the amount of $ 17,784.66   for the Second Interim Period;

187296

**ORDERED, ADJUDGED AND DECREED** that the Debtors are authorized and directed to pay to the Buchanan Firm such funds necessary to effectuate the terms and conditions of this Order when funds are available. All payments are subject to adjustment and disgorgement.

BY: *[signature]*
THE HONORABLE ALAN H.W. SCHIFF
JUDGE FOR THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT
OF CONNECTICUT (BRIDGEPORT
DIVISION)

Dated: *August 18, 2005*

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT (BRIDGEPORT)

|  |  |
|---|---|
| In re: | Chapter 11 |
| FIRST CONNECTICUT CONSULTING GROUP, INC., *et al.*, | Case No. 02-50852 |
| Debtors. | (Jointly Administered) Re: #679 |

### ORDER APPROVING APPLICATION OF BUCHANAN INGERSOLL PC, COUNSEL TO THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS OF FIRST CONNECTICUT CONSULTING GROUP, INC. AND JAMES LICATA FOR THIRD INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331

The Court having been presented the Application of Buchanan Ingersoll PC (the "Buchanan Firm"), Counsel to the Official Committees of Unsecured Creditors of First Connecticut Consulting Group, Inc. and James Licata for Third Interim Allowance of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 ("Application"), it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Application is granted and that the Buchanan Firm is awarded compensation in the amount of $458,240.00 for professional services rendered for the period August 1, 2003 through and including and including February 25, 2005 (the "Third Interim Period"), and reimbursement of disbursements incurred in the amount of $43,736.36 for the Third Interim Period;

187296

**ORDERED, ADJUDGED AND DECREED** that the Debtors are authorized and directed to pay to the Buchanan Firm such funds necessary to effectuate the terms and conditions of this Order when funds are available. All payments are subject to adjustment and disgorgement.

BY: *[signature]*
THE HONORABLE ALAN H.W. SCHIFF
JUDGE FOR THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT
OF CONNECTICUT (BRIDGEPORT
DIVISION)

Dated: August 18, 2005

# EXHIBIT E

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT (BRIDGEPORT)

| | |
|---|---|
| In re: | : |
| | : **Chapter 11** |
| FIRST CONNECTICUT CONSULTING : | |
| GROUP, INC., *et al*., | : **Case No. 02-50852** |
| | : |
| Debtors. | : **(Jointly Administered)** |
| | : **Reference Doc. Nos. 820** |

### ORDER APPROVING APPLICATION OF BUCHANAN INGERSOLL PC, COUNSEL TO THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS OF FIRST CONNECTICUT CONSULTING GROUP, INC. AND JAMES LICATA, FOR FOURTH INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331

The court having been presented with the Application of Buchanan Ingersoll PC (the "Buchanan Firm"), counsel to the Official Committees of Unsecured Creditors of First Connecticut Consulting Group, Inc. and James Licata for the Fourth Interim Allowance of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 ("Applications"), it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Application is granted and that the Buchanan Firm is awarded compensation in the amount of $233,313.50 for professional services rendered for the period of February 9, 2005 through and including July 31, 2005 (the "Fourth Interim Period") and reimbursement of disbursements in the amount of $9,673.62 recorded during the Fourth Interim Period; and it is further

**ORDERED, ADJUDGED AND DECREED** that the debtors are authorized and directed to pay to the Buchanan Firm such funds necessary to effectuate the terms and conditions

of this order when funds are available. All payments are subject to adjustment and

disgorgement.

Dated: October 19, 2005

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge

*Renée M. Gettin*
Hearing held; certificate of service ok;
no objections or objections withdrawn