OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF　　　　　　　　　　　October 16, 2006
FIRST CONNECTICUT CONSULTING GROUP　　　　　　　　　　　　　　　Invoice No  xxxxxxx
Ref No. 0047891-000001　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

**Administrative Matters - B110**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 5/16/2006 | Good, S. J. | 0.20 | 40.00 | Analysis of file for Proof of Claim filed by GE Capital. |
| 5/16/2006 | Good, S. J. | 0.20 | 40.00 | Draft correspondence to Leslie Berkoff forwarding copy of GE Capital Proof of Claim |
| | Good, S. J. | 0.40 | 80.00 | |
| 4/3/2006 | Parkes, B. A. | 0.20 | 28.00 | Update pleading binder |
| 4/5/2006 | Parkes, B. A. | 0.80 | 112.00 | File maintenance; Update master file index. |
| 4/7/2006 | Parkes, B. A. | 0.50 | 70.00 | Review docket and retrieve recently filed documents |
| 4/10/2006 | Parkes, B. A. | 0.70 | 98.00 | Retrieve recently filed documents from docket and update pleadings binder |
| 4/12/2006 | Parkes, B. A. | 0.20 | 28.00 | Telephone call with A. Modafferi re: fax number for Judge Shiff. |
| 4/19/2006 | Parkes, B. A. | 0.20 | 28.00 | Update file to include 2nd Amended Plan of Liquidation |
| 4/20/2006 | Parkes, B. A. | 1.50 | 210.00 | File maintenance. |
| 4/24/2006 | Parkes, B. A. | 1.00 | 140.00 | File maintenance. |
| 4/25/2006 | Parkes, B. A. | 0.50 | 70.00 | File maintenance |
| 4/26/2006 | Parkes, B. A. | 0.90 | 126.00 | File maintenance; Retrieve proposed Disclosure Statement Order for A. Brody |
| 4/27/2006 | Parkes, B. A. | 0.50 | 70.00 | File maintenance. |
| 5/3/2006 | Parkes, B. A. | 0.40 | 56.00 | File maintenance. |
| 5/4/2006 | Parkes, B. A. | 0.20 | 28.00 | File maintenance |
| 5/5/2006 | Parkes, B. A. | 1.00 | 140.00 | Update bankruptcy and adversary proceedings pleadings binders. |
| 5/9/2006 | Parkes, B. A. | 1.00 | 140.00 | Update foreclosure action pleadings. |
| 5/10/2006 | Parkes, B. A. | 0.40 | 56.00 | File maintenance; Update file index. |
| 5/18/2006 | Parkes, B. A. | 2.30 | 322.00 | File maintenance; Review docket and retrieve documents to update pleadings binder. |
| 5/23/2006 | Parkes, B. A. | 1.80 | 252.00 | File maintenance; Review court website re: obtaining transcript of 3/8/06 proceedings before Judge Shiff; Telephone call to transcription service to obtain copy of transcript; Prepare and forward transcript request form and letter to court requesting 3/8/06 transcript |
| 5/25/2006 | Parkes, B. A. | 1.20 | 168.00 | Organize court personnel contacts records for future use; File maintenance. |
| 6/5/2006 | Parkes, B. A. | 0.60 | 84.00 | Retrieve case on Westlaw for L. DeLucia, reserve returned mail to Jon Newton at correct address, file maintenance, and telephone call with court re: retrieval of morning session of 3/8/06 transcript. |
| 6/7/2006 | Parkes, B. A. | 0.70 | 98.00 | File maintenance; Gather petitions and schedules for P. Lauch. |
| 6/8/2006 | Parkes, B. A. | 3.50 | 490.00 | Telephone call with court reporter re: forwarding of transcript of 3/8/06 hearing, and file maintenance; Arrange for payment of court transcript. |
| 6/9/2006 | Parkes, B. A. | 0.30 | 42.00 | File maintenance |
| 6/13/2006 | Parkes, B. A. | 0.30 | 42.00 | File maintenance. |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001

October 16, 2006  
Invoice No. xxxxxxx  
Page 2

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 6/20/2006 | Parkes, B. A. | 2.50 | 350.00 | Review PACER and update pleadings binders with recent entries on docket. |
| 6/22/2006 | Parkes, B. A. | 2.10 | 294.00 | Create new pleadings file and index, update master file index, and general file maintenance. |
| 6/26/2006 | Parkes, B. A. | 1.00 | 140.00 | Retrieve recently filed documents and update bankruptcy and adversary pleadings binders. |
| | Parkes, B. A. | 26.30 | 3,682.00 | |

**Administrative Matters - B110**  
**Total:** 26.70    3,762.00

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001

October 16, 2006  
Invoice No xxxxxxx  
Page 3

**Asset Disposition - B130**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 6/12/2006 | Warner, J. P. | 3.80 | 1,026.00 | Conversation w/ Alan Brody; review asset schedule and rules for taxation of installment sale of claims and other intangible items. |
| 6/13/2006 | Warner, J. P. | 4.20 | 1,134.00 | Analysis tax on sale of assets. |
| 6/14/2006 | Warner, J. P. | 4.40 | 1,188.00 | Prepare memo on likely tax burden from sale of claims and other "intangibles;" conversation with Alan Brody. |
| | | 12.40 | 3,348.00 | |

**Asset Disposition - B130**  
**Total:** 12.40    3,348.00

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
FIRST CONNECTICUT CONSULTING GROUP
Ref No. 0047891-000001

October 16, 2006
Invoice No xxxxxxx
Page 4

**Sale of All the Debtors' Assets - B131**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 4/3/2006 | Brody, A J | 2.40 | 648.00 | Prepare for disclosure statement/conversion motion |
| 4/3/2006 | Brody, A J | 0.30 | 81.00 | Review US Trustee's support of conversion motion |
| 4/3/2006 | Brody, A J | 0.70 | 189.00 | Telephone conferences and correspondence to/from R. Fingold regarding Eastern Savings Bank |
| 4/3/2006 | Brody, A J | 1.30 | 351.00 | Telephone conferences and emails with various creditors regarding disclosure statement/conversion motion |
| 4/3/2006 | Brody, A J | 1.80 | 486.00 | Draft order approving disclosure statement |
| 4/4/2006 | Brody, A J | 11.30 | 3,051.00 | Prepare for, travel to/from and attend hearing on approval of disclosure statement and conversion |
| 4/5/2006 | Brody, A J | 0.30 | 81.00 | Telephone conference and correspondence with Chambers regarding adversary proceeding |
| 4/5/2006 | Brody, A J | 2.30 | 621.00 | Edit disclosure statement order |
| 4/5/2006 | Brody, A J | 0.40 | 108.00 | Correspondence to/from debtors' counsel regarding disclosure statement order |
| 4/5/2006 | Brody, A J | 0.80 | 216.00 | Draft report to creditors' committee regarding disclosure statement hearing |
| 4/7/2006 | Brody, A J | 0.20 | 54.00 | Correspondence to/from Licata's accountant regarding tax returns |
| 4/7/2006 | Brody, A J | 0.20 | 54.00 | Review court docket entries regarding overruling various disclosure statement objections and conversion motion |
| 4/10/2006 | Brody, A J | 0.10 | 27.00 | Review conformed order approving disclosure statement and forward to committee |
| 4/10/2006 | Brody, A J | 1.00 | 270.00 | Prepare ballots, notices and cover letters for service of plan and disclosure statement and forward to debtors' counsel |
| 4/10/2006 | Brody, A J | 0.80 | 216.00 | Telephone conference with F Kapazinski and e-mails with debtors' counsel regarding Feld/Titan motions for 4/17 |
| 4/10/2006 | Brody, A J | 0.60 | 162.00 | Correspondence to/from R Fingold regarding Committee adversary proceeding |
| 4/10/2006 | Brody, A J | 0.20 | 54.00 | Correspondence to/from debtors' counsel regarding SWJ bank guarantee sale and payment of SWJ note |
| 4/10/2006 | Brody, A J | 0.40 | 108.00 | Correspondence to/from J Bainton and C Black with red-lined plan and disclosure statement |
| 4/11/2006 | Brody, A J | 0.40 | 108.00 | Review correspondence from J. Bainton and respond to same regarding Titan, Mocco and Feld statements and forward to committees members |
| 4/11/2006 | Brody, A J | 0.40 | 108.00 | Telephone conferences with R. Grossman regarding J. Bainton and respond to same regarding Titan, Mocco and Feld statements |
| 4/11/2006 | Brody, A J | 0.80 | 216.00 | Attend to creditor schedules regarding solicitation materials |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No  0047891-000001

October 16, 2006  
Invoice No  xxxxxxx  
Page 5

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 4/11/2006 | Brody, A. J. | 0.30 | 81.00 | Review proposed order from R Daugherty and telephone conference with creditor regarding same |
| 4/11/2006 | Brody, A. J. | 0.40 | 108.00 | Review correspondence from J Feld regarding offer of judgment and respond to same |
| 4/11/2006 | Brody, A. J. | 0.40 | 108.00 | Telephone conference with B Sloman regarding filing of tax returns. |
| 4/12/2006 | Brody, A. J. | 3.80 | 1,026.00 | Draft objection to Titan/Feld sale modification order |
| 4/12/2006 | Brody, A. J. | 0.10 | 27.00 | Correspondence from Chambers regarding status conference |
| 4/12/2006 | Brody, A. J. | 0.80 | 216.00 | Review multiple correspondence and proposed orders regarding FCHG I motion. |
| 4/12/2006 | Brody, A. J. | 1.30 | 351.00 | Multiple correspondence with S Lipstein regarding solicitation package |
| 4/12/2006 | Brody, A. J. | 0.20 | 54.00 | Review B Opert proof of claim |
| 4/12/2006 | Brody, A. J. | 0.60 | 162.00 | Telephone conference with H Sorvino regarding Titan/Feld sale modification motion. |
| 4/13/2006 | Brody, A. J. | 0.50 | 135.00 | Telephone conferences and e-mails with debtors' counsel regarding plan solicitation packages |
| 4/13/2006 | Brody, A. J. | 1.10 | 297.00 | Draft objection to Feld/Titan motion to modify sale order. |
| 4/17/2006 | Brody, A. J. | 0.50 | 135.00 | Multiple telephone conferences and e-mails to from creditors and debtors' counsel regarding Titan/Feld hearings |
| 4/17/2006 | Brody, A. J. | 0.60 | 162.00 | Prepare for Titan/Feld sale modification motion. |
| 4/17/2006 | Brody, A. J. | 0.40 | 108.00 | Multiple correspondence to/from S Lipstein regarding plan solicitation package. |
| 4/18/2006 | Brody, A. J. | 0.50 | 135.00 | Multiple correspondence to/from S Lipstein regarding plan solicitation package. |
| 4/18/2006 | Brody, A. J. | 6.70 | 1,809.00 | Attend and travel to/from hearing on Feld/Titan motion to modify sale modification order and status conferences |
| 4/18/2006 | Brody, A. J. | 0.30 | 81.00 | Review multiple correspondence regarding IRS 2004 examination. |
| 4/19/2006 | Brody, A. J. | 0.20 | 54.00 | Review correspondence to/from J Bainton regarding Licata testimony. |
| 4/19/2006 | Brody, A. J. | 0.30 | 81.00 | Correspondence and telephone conferences with J Fuerstein regarding Eastern Savings Bank and sale of assets |
| 4/20/2006 | Brody, A. J. | 1.30 | 351.00 | Multiple e-mails and telephone conferences regarding closing documents with A Nevins, J Bainton, C Black and J Feld |
| 4/20/2006 | Brody, A. J. | 1.40 | 378.00 | Draft correspondence to R. Daugherty regarding closing documents and accounting and obtain documents regarding same |
| 4/20/2006 | Brody, A. J. | 0.10 | 27.00 | Review correspondence to debtors' accountant regarding tax returns |
| 4/20/2006 | Brody, A. J. | 0.20 | 54.00 | Correspondence to/from Heritage counsel regarding plan and ballot |

Case 02-50852   Doc 1167-2   Filed 10/16/06   Entered 11/02/06 13:01:04   Page 6 of 15

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
FIRST CONNECTICUT CONSULTING GROUP
Ref No. 0047891-000001

October 16, 2006
Invoice No xxxxxxx
Page 6

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 4/21/2006 | Brody, A. J. | 0.10 | 27.00 | Review correspondence from J. Feld |
| 4/24/2006 | Brody, A. J. | 0.40 | 108.00 | Correspondence to/from R. Grossman regarding SWJ Note and confirmation. |
| 4/24/2006 | Brody, A. J. | 0.30 | 81.00 | Review/draft correspondence from/to Committee member regarding confirmation. |
| 4/25/2006 | Brody, A. J. | 0.20 | 54.00 | Correspondence to/from R. Grossman regarding confirmation and Mocco. |
| 4/25/2006 | Brody, A. J. | 0.30 | 81.00 | Telephone conference with R. Daugherty regarding confirmation and Titan |
| 4/25/2006 | Brody, A. J. | 0.30 | 81.00 | Conference with P. Lauch regarding substantive consolidation. |
| 4/28/2006 | Brody, A. J. | 0.10 | 27.00 | Correspondence to/from R. Grossman regarding confirmation |
| 5/3/2006 | Brody, A. J. | 0.50 | 135.00 | Correspondence to/from multiple creditors and debtors' counsel regarding 2004 examination |
| 5/4/2006 | Brody, A. J. | 0.20 | 54.00 | Correspondence to/from debtors' counsel regarding Plan issues. |
| 5/4/2006 | Brody, A. J. | 0.20 | 54.00 | Correspondence to/from F. Kapasinski regarding plan issues |
| 5/4/2006 | Brody, A. J. | 0.30 | 81.00 | Correspondence to/from debtors' counsel and creditors regarding C. Licata adversary proceeding. |
| 5/5/2006 | Brody, A. J. | 1.30 | 351.00 | Edit fee application |
| 5/9/2006 | Brody, A. J. | 0.20 | 54.00 | Correspondence to/from Feld and other creditors regarding C. Licata actions. |
| 5/11/2006 | Brody, A. J. | 0.30 | 81.00 | Telephone conference with R. Daugherty regarding status conference. |
| 5/11/2006 | Brody, A. J. | 0.30 | 81.00 | Review Titan objection to C. Licata substantive consolidation motion. |
| 5/11/2006 | Brody, A. J. | 0.20 | 54.00 | Correspondence to creditors regarding status conferences |
| 5/11/2006 | Brody, A. J. | 0.10 | 27.00 | Correspondence to D. Skalka regarding adversary proceeding status conference |
| 5/12/2006 | Brody, A. J. | 0.30 | 81.00 | Telephone conference and emails to/from J. Byrne and debtor's counsel regarding various motions/status conferences. |
| 5/12/2006 | Brody, A. J. | 0.20 | 54.00 | Telephone conference with creditor and email to debtor's counsel regarding ballot. |
| 5/12/2006 | Brody, A. J. | 0.20 | 54.00 | Correspondence to/from debtor's counsel regarding Feld emails. |
| 5/15/2006 | Brody, A. J. | 0.40 | 108.00 | Multiple correspondence to/from J. Byrne and B. Kibel regarding status conferences. |
| 5/22/2006 | Brody, A. J. | 0.40 | 108.00 | Review correspondence from Ramada regarding claim and ballot; telephone conferences with creditor and debtor's counsel regarding same. |
| 5/22/2006 | Brody, A. J. | 0.30 | 81.00 | Telephone conferences with debtor's counsel regarding IRS 2004 examination, tax returns, operating reports and confirmation issues. |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001

October 16, 2006  
Invoice No. xxxxxxx  
Page 7

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 5/23/2006 | Brody, A. J. | 0.30 | 81.00 | Review correspondence from IRS and telephone conferences with debtors' counsel regarding Licata 2004 examination |
| 5/23/2006 | Brody, A. J. | 0.20 | 54.00 | Telephone conference with debtors' counsel regarding tax returns and operating statements |
| 5/23/2006 | Brody, A. J. | 0.20 | 54.00 | Review correspondence and ballot from creditor |
| 5/23/2006 | Brody, A. J. | 0.80 | 216.00 | Edit fee application |
| 5/24/2006 | Brody, A. J. | 0.70 | 189.00 | Finalize fee application |
| 5/24/2006 | Brody, A. J. | 0.30 | 81.00 | Correspondence to/from Feld and creditors regarding IRS/Licata deposition |
| 5/25/2006 | Brody, A. J. | 0.50 | 135.00 | Correspondence to/from A. Nevins and review Licata transcript regarding testimony regarding taxes |
| 5/26/2006 | Brody, A. J. | 0.60 | 162.00 | Review Ryan Smith and Carbine fee application and draft correspondence to committee members regarding same |
| 5/26/2006 | Brody, A. J. | 0.30 | 81.00 | Review correspondence and proposed stipulation regarding Ramada proof of claim |
| 5/26/2006 | Brody, A. J. | 0.30 | 81.00 | Correspondence to/from R. Grossman regarding C. Licata funds |
| 5/30/2006 | Brody, A. J. | 0.80 | 216.00 | Correspondence and telephone conferences to/from/with debtors' counsel regarding plan ballots, tax returns, monthly operating reports, balance of funds due from SWJ and Licata |
| 5/30/2006 | Brody, A. J. | 0.60 | 162.00 | Correspondence to/from J. Feld, J. Anderson and multiple creditors regarding J. Feld e-mail to J. Anderson regarding Ryan, Smith Carbin fee application |
| 5/30/2006 | Brody, A. J. | 0.70 | 189.00 | Telephone conferences and correspondence from with J. Anderson regarding Ryan, Smith Carbin fee application and draft response to J. Feld regarding same |
| 6/1/2006 | Brody, A. J. | 0.70 | 189.00 | Multiple telephone conferences and e-mails regarding confirmation issues |
| 6/2/2006 | Brody, A. J. | 0.20 | 54.00 | Correspondence to C. Black and J. Bainton regarding Ballots and term sheet |
| 6/2/2006 | Brody, A. J. | 0.60 | 162.00 | Correspondence to L. Berkholz regarding claims analysis/distribution to unsecured creditors |
| 6/2/2006 | Brody, A. J. | 2.30 | 621.00 | Multiple correspondence and telephone conferences with H. Sorvino and B. Kibel regarding Licata testimony and D. Shepro issues |
| 6/3/2006 | Brody, A. J. | 0.20 | 54.00 | Correspondence to/from B. Sloman regarding tax returns |
| 6/4/2006 | Brody, A. J. | 0.20 | 54.00 | Correspondence from J. Feld regarding plan |
| 6/5/2006 | Brody, A. J. | 1.20 | 324.00 | Multiple telephone conferences and correspondence to/from debtors' counsel regarding Plan and Licata deposition |
| 6/5/2006 | Brody, A. J. | 1.80 | 486.00 | Review multiple operating reports |
| 6/5/2006 | Brody, A. J. | 1.40 | 378.00 | Attend to plan response |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001  

October 16, 2006  
Invoice No. xxxxxxx  
Page 8  

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 6/5/2006 | Brody, A. J. | 0.40 | 108.00 | Correspondence with A. Nevins regarding Licata deposition |
| 6/5/2006 | Brody, A. J. | 0.30 | 81.00 | Telephone conference with J. McCarthy regarding balloting and term sheet |
| 6/5/2006 | Brody, A. J. | 0.20 | 54.00 | Correspondence to/from B. Sloman regarding tax returns |
| 6/6/2006 | Brody, A. J. | 3.60 | 972.00 | Attend to response to Plan confirmation objections |
| 6/6/2006 | Brody, A. J. | 0.20 | 54.00 | Telephone conference with D. Skalka regarding motion to withdraw as counsel |
| 6/6/2006 | Brody, A. J. | 0.90 | 243.00 | Multiple telephone conferences and e-mails with debtors' counsel regarding Plan and Licata 2004 examination |
| 6/7/2006 | Brody, A. J. | 10.70 | 2,889.00 | Travel to/from Bridgeport and attend J. Licata/IRS 2004 examination |
| 6/7/2006 | Brody, A. J. | 0.60 | 162.00 | Conferences and telephone conferences with debtors' counsel regarding plan issues |
| 6/7/2006 | Brody, A. J. | 0.20 | 54.00 | Review correspondence from J. Feld regarding 2004 examination |
| 6/8/2006 | Brody, A. J. | 0.60 | 162.00 | Multiple correspondence regarding scheduling status conference |
| 6/8/2006 | Brody, A. J. | 1.50 | 405.00 | Multiple telephone conferences and e-mails with debtors' counsel regarding Ballots and capital gains issue and edit ballot chart |
| 6/8/2006 | Brody, A. J. | 2.30 | 621.00 | Review objections to plan |
| 6/9/2006 | Brody, A. J. | 2.70 | 729.00 | Multiple telephone conferences and e-mails with debtors' counsel and committee member regarding confirmation issues and balloting results |
| 6/9/2006 | Brody, A. J. | 0.70 | 189.00 | Attend to ballot schedule |
| 6/9/2006 | Brody, A. J. | 0.50 | 135.00 | Conferences regarding substantive consolidation issue |
| 6/9/2006 | Brody, A. J. | 1.80 | 486.00 | Telephone conferences with creditors regarding confirmation issues |
| 6/9/2006 | Brody, A. J. | 0.20 | 54.00 | Review notices filed by C. Licata's new counsel and correspondence with J. Byrne regarding same |
| 6/9/2006 | Brody, A. J. | 0.40 | 108.00 | Telephone conference with D. Skalka regarding C. Licata settlement discussions |
| 6/12/2006 | Brody, A. J. | 1.90 | 513.00 | Multiple telephone conferences and e-mails to creditors, creditor committee members, J. Byrne and debtors' counsel regarding plan confirmation and balloting |
| 6/12/2006 | Brody, A. J. | 1.30 | 351.00 | Edit ballot chart for creditors committee and draft correspondence to creditors' committee regarding same |
| 6/13/2006 | Brody, A. J. | 1.60 | 432.00 | Multiple telephone conferences with creditors, creditors' committee and debtors' counsel regarding plan confirmation |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001  
October 16, 2006  
Invoice No xxxxxxx  
Page 9

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 6/13/2006 | Brody, A. J. | 2.70 | 729.00 | Attend to research regarding IRS capital gains taxes. |
| 6/13/2006 | Brody, A. J. | 0.90 | 243.00 | Review transcript regarding IRS agreement to treatment under proposed plan. |
| 6/13/2006 | Brody, A. J. | 0.10 | 27.00 | Review court's motion striking motion to reclassify claim as secured. |
| 6/14/2006 | Brody, A. J. | 0.90 | 243.00 | Telephone conference and review memorandum from J. Warner regarding tax issues. |
| 6/14/2006 | Brody, A. J. | 0.90 | 243.00 | Multiple telephone conferences and e-mails with debtors counsel regarding status conference. |
| 6/14/2006 | Brody, A. J. | 1.20 | 324.00 | Prepare for status conference |
| 6/15/2006 | Brody, A. J. | 10.70 | 2,889.00 | Attend status conference regarding multiple motions/adversary proceeding. |
| 6/15/2006 | Brody, A. J. | 1.30 | 351.00 | Conference with L. Delucia and correspondence to committee members regarding confirmation issues/adversary proceeding. |
| 6/15/2006 | Brody, A. J. | 0.60 | 162.00 | Review IRS administrative claim and conversion motion. |
| 6/16/2006 | Brody, A. J. | 1.70 | 459.00 | E-mails and prepare for and attend conference call with committee members regarding confirmation/C Licata adversary proceeding/tax issues. |
| 6/19/2006 | Brody, A. J. | 0.10 | 27.00 | Correspondence to/from UST regarding IRS conversion motion. |
| 6/19/2006 | Brody, A. J. | 0.80 | 216.00 | Review IRS' motion shortening notice regarding conversion motion and correspondence to/from debtors' counsel regarding same |
| 6/19/2006 | Brody, A. J. | 0.80 | 216.00 | Telephone conference with H Sorvino regarding Plan issues. |
| 6/19/2006 | Brody, A. J. | 0.30 | 81.00 | Review debtors' supplemental monthly operating report regarding SWJ sale proceeds and telephone conference with B. Kibel regarding same. |
| 6/20/2006 | Brody, A. J. | 1.80 | 486.00 | Multiple correspondence regarding conversion/plan confirmation issues. |
| 6/20/2006 | Brody, A. J. | 0.60 | 162.00 | Telephone conference with US Trustee regarding conversion/Plan confirmation issues. |
| 6/20/2006 | Brody, A. J. | 0.60 | 162.00 | Multiple correspondence, telephone conference with R. Grossman and review documents regarding SWJ assignment of estate collateral. |
| 6/20/2006 | Brody, A. J. | 0.10 | 27.00 | Review notices from court regarding IRS motion. |
| 6/21/2006 | Brody, A. J. | 1.30 | 351.00 | Attend to research regarding Chapter 7 trustee. |
| 6/21/2006 | Brody, A. J. | 2.40 | 648.00 | Multiple correspondence with committee and creditors regarding conversion/plan confirmation issues. |
| 6/21/2006 | Brody, A. J. | 0.50 | 135.00 | Multiple correspondence, telephone conference with R. Grossman and review documents regarding SWJ assignment of estate collateral |
| 6/21/2006 | Brody, A. J. | 0.20 | 54.00 | Review notices from court regarding IRS motion |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No  0047891-000001  

October 16, 2006  
Invoice No  xxxxxxx  
Page 10  

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 6/22/2006 | Brody, A. J. | 1.40 | 378.00 | Multiple correspondence and telephone conference with committee members regarding conversion of debtors' cases. |
| 6/22/2006 | Brody, A. J. | 2.50 | 675.00 | Telephone conferences with A. Nevins, S. Mackey, H. Sorvino and F. Kapasinski regarding conversion of debtors cases. |
| 6/22/2006 | Brody, A. J. | 1.10 | 297.00 | Review multiple e-mails and pleadings from A. Nevins, J. Feld, A. Modifieri and I. Goldman regarding motion to convert debtors cases and joinders thereto. |
| 6/22/2006 | Brody, A. J. | 0.80 | 216.00 | Attend to research regarding Chapter 7 trustees. |
| 6/22/2006 | Brody, A. J. | 0.80 | 216.00 | Review correspondence and documents and attend conference call with SWJ and Dare regarding assignment/loan regarding collateral from sale. |
| 6/23/2006 | Brody, A. J. | 2.10 | 567.00 | Multiple telephone conferences with creditors, UST and debtors counsel regarding plan and IRS conversion motion |
| 6/23/2006 | Brody, A. J. | 0.50 | 135.00 | Correspondence and conference call with SWJ regarding proposed assignment of asset and paydown of liens. |
| 6/23/2006 | Brody, A. J. | 0.60 | 162.00 | Telephone conference and e-mails to/from J. Anderson regarding Anderson fees and SWJ assignment of collateral. |
| 6/23/2006 | Brody, A. J. | 0.60 | 162.00 | Review joinders to IRS conversion motion. |
| 6/23/2006 | Brody, A. J. | 0.40 | 108.00 | Review Feld's proposed conversion order. |
| 6/26/2006 | Brody, A. J. | 1.60 | 432.00 | Prepare for conversion hearing/status conferences. |
| 6/26/2006 | Brody, A. J. | 2.60 | 702.00 | Multiple e-mails and telephone conferences with committee members and creditors regarding conversion of debtors' cases. |
| 6/26/2006 | Brody, A. J. | 0.50 | 135.00 | Multiple e-mails and telephone conferences regarding SWJ proposed assignment of collateral. |
| 6/26/2006 | Brody, A. J. | 0.80 | 216.00 | Review debtors objection to conversion and correspondence regarding same. |
| 6/27/2006 | Brody, A. J. | 9.20 | 2,484.00 | Travel to/from and attend hearings regarding multiple status conferences and conversion of debtors' cases and conferences with attorneys regarding same |
| | Brody, A. J. | 159.30 | 43,011.00 | |
| 4/3/2006 | DeLucia, L. T. | 0.60 | 162.00 | Advisory regarding filing of US Trustee's's support for conversion based upon indictment and dealt with/strategize plan DS hearing and conversion. |
| 4/4/2006 | DeLucia, L. T. | 0.30 | 81.00 | Advisory on outcome of hearing on DS and conversion. |
| 4/4/2006 | DeLucia, L. T. | 0.10 | 27.00 | Receipt of court generated notice of outcome on hearing conducted. |

Case 02-50852   Doc 1167-2   Filed 10/16/06   Entered 11/02/06 13:01:04   Page 11 of 15

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF　　　　　　　　　　October 16, 2006
FIRST CONNECTICUT CONSULTING GROUP　　　　　　　　　　　　　　　Invoice No xxxxxxx
Ref No  0047891-000001　　　　　　　　　　　　　　　　　　　　　　　　Page 11

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 4/5/2006 | DeLucia, L T | 0.20 | 54.00 | Email from Jeff Feld requesting information regarding Amended Disclosure Statement, related relief |
| 4/5/2006 | DeLucia, L T | 0.20 | 54.00 | Email Grossman regarding Disclosure Statement Approval Order |
| 4/11/2006 | DeLucia, L T | 0.30 | 81.00 | Emails from Grossman/Brody regarding Plan and Disclosure Statement Order, hearing dates, calls to clerk to have hearings on same dates |
| 4/11/2006 | DeLucia, L T | 0.20 | 54.00 | Email from Sorvino regarding same |
| 4/11/2006 | DeLucia, L T | 0.20 | 54.00 | Email from Grossman regarding closing on funding for Note by Proskauer |
| 4/11/2006 | DeLucia, L T | 1.00 | 270.00 | Conference call with Grossman and Brody regarding Plan confirmation and email from J. Bainton. |
| 4/17/2006 | DeLucia, L T | 0.60 | 162.00 | Advisory on matters scheduled for 4/18/06, motion to amend Sale Order by R. Dougherty and others. |
| 4/18/2006 | DeLucia, L T | 0.60 | 162.00 | Emails on Confirmation Notice, DS circulation, and emails from Feld and others. |
| 4/19/2006 | DeLucia, L T | 0.60 | 162.00 | Exchange of numerous emails on discovery/licata deposition; email from A. Nivens etc. |
| 4/20/2006 | DeLucia, L T | 0.60 | 162.00 | Emails from Feld, Grossman regarding deficiencies in "solicitation package" and possible closing on Proskauer notes. |
| 5/3/2006 | DeLucia, L T | 0.30 | 81.00 | Emails regarding Licata deposition on 5/24 by IRS (emails from A. Nivens, Hardware Dad and J. Bainton). |
| 5/4/2006 | DeLucia, L T | 0.60 | 162.00 | Emails from Grossman on possible settlement, funding of note. |
| 5/8/2006 | DeLucia, L T | 0.40 | 108.00 | Emails from/to Jeff Feld on status conference/confirmation. |
| 5/9/2006 | DeLucia, L T | 0.20 | 54.00 | Emails from Bainton |
| 5/9/2006 | DeLucia, L T | 0.20 | 54.00 | Email from Feld on June hearing scheduling. |
| 5/9/2006 | DeLucia, L T | 0.10 | 27.00 | Email from Ann Nevins |
| 5/10/2006 | DeLucia, L T | 0.60 | 162.00 | Emails from Grossman, J. Bainton, C. Black, Feld, others on adjournment of C. Licata conference week of 5/15 to June |
| 5/24/2006 | DeLucia, L T | 0.60 | 162.00 | Emails from creditors regarding Licata deposition. |
| 5/30/2006 | DeLucia, L T | 0.40 | 108.00 | Emails from R. Grossman and B. Kibel regarding monthly operating reports. |
| 5/30/2006 | DeLucia, L T | 0.30 | 81.00 | Plan confirmation issues. |
| 5/30/2006 | DeLucia, L T | 0.40 | 108.00 | Emails from J. Bainton, J. Feld, J. McCarthy and Anderson regarding Fee Application. |
| 5/30/2006 | DeLucia, L T | 0.30 | 81.00 | Follow up on funding (this Friday) by Proskauer on Note; advisory call from Grossman |
| 5/31/2006 | DeLucia, L T | 0.30 | 81.00 | Review Tyler Cooper Fee Application |
| 6/2/2006 | DeLucia, L T | 0.50 | 135.00 | Receipt of update, emails regarding plan confirmation. |
| 6/5/2006 | DeLucia, L T | 0.30 | 81.00 | Email requesting "timely notice" from J. Feld |

Case 02-50852    Doc 1167-2    Filed 10/16/06    Entered 11/02/06 13:01:04    Page 12 of 15

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
FIRST CONNECTICUT CONSULTING GROUP
Ref No  0047891-000001

October 16, 2006
Invoice No  xxxxxxx
Page 12

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 6/7/2006 | DeLucia, L T | 0.30 | 81.00 | Emails regarding outcome of depositions of Licata regarding Nivens deposition, Jeff Feld and from counsel to debtor, Beth Kibel |
| 6/16/2006 | DeLucia, L. T. | 1.00 | 270.00 | Conference call with Committee |
| | DeLucia, L T | 12.30 | 3,321.00 | |
| 4/3/2006 | Levine, B. P | 1.50 | 405.00 | Collateral Assignment of Mortgages form for perfection purposes |
| 4/3/2006 | Levine, B. P. | 1.20 | 324.00 | attend to numerous telephone calls with Barry Gogel; prepare correspondence to Barry Gogel; review correspondence from Dale Schreiber and Barry Gogel |
| 4/4/2006 | Levine, B P | 0.30 | 81.00 | Revised Collateral Assignment form for perfection purposes |
| 4/5/2006 | Levine, B P | 0.50 | 135.00 | Communication with Barry Gogel and review Intercreditor Agreement. |
| 4/7/2006 | Levine, B P | 0.40 | 108.00 | Review revised Collateral Assignment form. |
| 4/7/2006 | Levine, B P | 0.30 | 81.00 | Communication with external counsel, Barry Gogel. |
| 4/10/2006 | Levine, B. P. | 0.80 | 216.00 | Correspondence with Barry Gogel at Arent Fox. |
| 4/10/2006 | Levine, B P. | 0.60 | 162.00 | Review revised Collateral Assignment form |
| 4/18/2006 | Levine, B. P. | 1.00 | 270.00 | Review title reports re: filed assignment documents in connection with filing collateral assignments |
| 4/20/2006 | Levine, B. P. | 1.00 | 270.00 | Review collateral Assignment of Mortgages re: Sayerville; email correspondence to B Gogel. |
| 4/26/2006 | Levine, B. P. | 1.00 | 270.00 | Review status of perfection of security interest; telephone call with B. Gogel. |
| 4/28/2006 | Levine, B P | 0.80 | 216.00 | organize file re: post closing perfection and loan documents |
| 5/3/2006 | Levine, B. P. | 0.30 | 81.00 | Review correspondence from Barry Gogel re: recording information and post closing perfection issues |
| 6/13/2006 | Levine, B. P | 0.10 | 27.00 | telephone call with B. Gogel re: perfection of security interest; |
| 6/13/2006 | Levine, B P | 0.40 | 108.00 | review status of and records with respect to the perfection of liens |
| | Levine, B. P. | 10.20 | 2,754.00 | |

**Sale of All the Debtors' Assets - B131**

**Total:**   181.80   49,086.00

Case 02-50852   Doc 1167-2   Filed 10/16/06   Entered 11/02/06 13:01:04   Page 13 of 15

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001

October 16, 2006  
Invoice No. xxxxxxx  
Page 13

**Fee/Employment Applications - B160**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 4/25/2006 | Lauch, P. A. | 0.50 | 120.00 | Attend to preparation of fee application |
| | Lauch, P. A. | 0.50 | 120.00 | |
| 4/6/2006 | Parkes, B. A. | 1.80 | 252.00 | Discussion with P. Lauch and C. Bagarello re: reformatting of invoice for submission with fee application; Revise invoice to separate tasks and correct spelling of names |
| 4/10/2006 | Parkes, B. A. | 2.60 | 364.00 | Review invoice and break down time entries alloting time to separate tasks |
| 4/11/2006 | Parkes, B. A. | 3.10 | 434.00 | Continue separating time entries in preparation of fee application (1.5); Review file to ensure accuracy and consistency in fee application invoice (1.2); Discussion with C. Bagarello re: activity codes and items needed (.4) |
| 4/12/2006 | Parkes, B. A. | 2.70 | 378.00 | Review and separate time entries and prepare exhibit detailing prior awards in preparation for fee application |
| 4/19/2006 | Parkes, B. A. | 0.20 | 28.00 | Review A. Brody's changes to invoice in preparation of fee application |
| 4/20/2006 | Parkes, B. A. | 1.40 | 196.00 | Review/revise invoice in preparation of fee application and provide to C. Bagarello |
| 4/24/2006 | Parkes, B. A. | 0.20 | 28.00 | Identify task codes for A. Brody for preparation of fee application |
| 4/25/2006 | Parkes, B. A. | 0.40 | 56.00 | Discuss fee application preparation with P. Lauch and A. Brody |
| 4/26/2006 | Parkes, B. A. | 0.30 | 42.00 | Discussion with A. Brody re: fee application preparation; |
| 4/28/2006 | Parkes, B. A. | 2.60 | 364.00 | Begin preparing application for fifth interim allowance of fees |
| 5/1/2006 | Parkes, B. A. | 1.50 | 210.00 | Continue preparing Fifth Interim Fee Application |
| 5/5/2006 | Parkes, B. A. | 0.50 | 70.00 | Continue preparing Fifth Interim Fee Application |
| 5/8/2006 | Parkes, B. A. | 3.40 | 476.00 | Continue preparing fee application and confer with C. Bagarello re: revisions to exhibits |
| 5/9/2006 | Parkes, B. A. | 3.30 | 462.00 | Continue preparing fifth interim fee application |
| 5/10/2006 | Parkes, B. A. | 2.00 | 280.00 | Continue preparing fifth interim fee application |
| 5/11/2006 | Parkes, B. A. | 4.50 | 630.00 | Continue preparing fifth interim fee application |
| 5/17/2006 | Parkes, B. A. | 5.00 | 700.00 | Continue preparation of fifth interim fee application by gathering and redacting receipts for expenses |
| 5/19/2006 | Parkes, B. A. | 3.10 | 434.00 | Continue preparing fifth interim fee application and prepare request for hearing, proposed order, and certificates of service |
| 5/23/2006 | Parkes, B. A. | 1.50 | 210.00 | Organize backup and drafts with regard to fifth interim fee application |
| 5/24/2006 | Parkes, B. A. | 4.80 | 672.00 | Electronically file and serve Fifth Interim Application for Compensation, Request for Hearing, Proposed Order, and Certificates of Service |
| | Parkes, B. A. | 44.90 | 6,286.00 | |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001

October 16, 2006  
Invoice No. xxxxxxx  
Page 14

**Fee/Employment Applications - B160**

|  | | |
|---|---|---|
| **Total:** | 45.40 | 6,406.00 |

Case 02-50852   Doc 1167-2   Filed 10/16/06   Entered 11/02/06 13:01:04   Page 15 of 15

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001

October 16, 2006  
Invoice No. xxxxxxx  
Page 15

**Plan and Disclosure Statement - B320**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 4/12/2006 | DeLucia, L. T. | 0.80 | 216.00 | E-mails from Dogherty, Grossman re: pending motions on the 18th and disputes Feld, Scarpone and others re: Plan confirmation. |
| | DeLucia, L. T | 0.80 | 216.00 | |
| 6/1/2006 | Lauch, P. A. | 2.00 | 480.00 | Review claims filed in procedurally consolidated case in connection with reply to objection to plan confirmation |
| 6/2/2006 | Lauch, P. A. | 5.80 | 1,392.00 | Draft reply to objections to plan confirmation |
| 6/5/2006 | Lauch, P. A. | 7.50 | 1,800.00 | Draft reply to objections for plan confirmation |
| 6/6/2006 | Lauch, P. A. | 8.00 | 1,920.00 | Draft reply to objections to plan confirmation. |
| 6/7/2006 | Lauch, P. A. | 9.00 | 2,160.00 | Draft reply to plan confirmation |
| 6/8/2006 | Lauch, P. A. | 10.60 | 2,544.00 | Draft reply to objections to plan confirmation |
| 6/9/2006 | Lauch, P. A. | 5.80 | 1,392.00 | Draft reply to objections to confirmation. |
| 6/10/2006 | Lauch, P. A | 1.00 | 240.00 | Draft reply to objections to confirmation. |
| 6/11/2006 | Lauch, P. A. | 6.50 | 1,560.00 | Draft reply to objections to confirmation. |
| 6/12/2006 | Lauch, P. A. | 5.50 | 1,320.00 | Draft reply to objections to confirmation. |
| | Lauch, P. A | 61.70 | 14,808.00 | |
| 6/5/2006 | Villatoro, K. | 4.00 | 400.00 | Legal research on intangible asset valuation |
| 6/6/2006 | Villatoro, K. | 1.80 | 180.00 | Legal research and drafted memo on valuation of intangible assets |
| | Villatoro, K | 5.80 | 580.00 | |

**Plan and Disclosure Statement – B320**  
**Total:** 68.30    15,604.00

**Total Hours:** 334.60  
**Legal Services:** 78,206.00