OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001

October 16, 2006  
Invoice No xxxxxxx  
Page 1

## PROJECT BILLING SUMMARY

**Matter 000001**

### Administrative Matters - B110

| Name | Role | Hours | Amount |
|---|---|---:|---:|
| Good, S. J. | Associate | 0.40 | 80.00 |
| Parkes, B. A. | Paralegal | 26.30 | 3,682.00 |
| | | 26.70 | 3,762.00 |

### Asset Disposition - B130

| Name | Role | Hours | Amount |
|---|---|---:|---:|
| Warner, J P | Partner | 12.40 | 3,348.00 |
| | | 12.40 | 3,348.00 |

### Sale of All the Debtors' Assets - B131

| Name | Role | Hours | Amount |
|---|---|---:|---:|
| Brody, A. J. | Partner | 159.30 | 43,011.00 |
| DeLucia, L. T | Partner | 12.30 | 3,321.00 |
| Levine, B P | Partner | 10.20 | 2,754.00 |
| | | 181.80 | 49,086.00 |

### Fee/Employment Applications - B160

| Name | Role | Hours | Amount |
|---|---|---:|---:|
| Lauch, P. A. | Associate | 0.50 | 120.00 |
| Parkes, B. A. | Paralegal | 44.90 | 6,286.00 |
| | | 45.40 | 6,406.00 |

### Plan and Disclosure Statement - B320

| Name | Role | Hours | Amount |
|---|---|---:|---:|
| DeLucia, L. T | Partner | 0.80 | 216.00 |
| Lauch, P. A. | Associate | 61.70 | 14,808.00 |
| Villatoro, K | Summer Associate | 5.80 | 580.00 |
| | | 68.30 | 15,604.00 |

## PROJECT BILLING SUMMARY TOTAL

**Grand Total:** 334.60     78,206.00

# EXHIBIT H

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No   0047891-000001

October 16, 2006  
Invoice No  xxxxxxx  
Page 1

# COST SUMMARY

**Matter 000001**

| Cost Code | Billed Amount | Description |
|---|---|---|
| 200 | 627.40 | Photocopies |
| 240 | 12.50 | Telecopy charges |
| 250 | 5.59 | Telephone |
| 300 | 34.35 | Postage |
| 330 | 303.54 | Express Mail - UPS |
| 400 | 1,015.11 | On-Line Search Service |
| LOCTRAN | 25.00 | Local Transportation Expense |
| MEAL | 35.95 | Meals |
| MILE | 488.95 | Mileage |
| PARK | 73.00 | Parking |
| PHONE | 175.62 | Telephone Conference |
| PROCESS | 74.80 | Service of Process |
| TRANS | 277.20 | Transcripts |
| TOTAL | 3,149.01 | |
|  | (313.70) | Photocopy Credit due to Rate adjustment |
|  | (8.45) | Telecopy Credit due to Rate adjustment |
| **TOTAL** | **2,826.86** | |

# EXHIBIT I

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No   0047891-000001  

October 16, 2006  
Invoice No  xxxxxxx  
Page 1

| Date | Quantity | Amount | Description |
|---|---|---|---|
| **Cost Code 200 - Photocopies** | | | |
| 4/3/2006 | 4.00 | 0.80 | Photocopies L. T. DeLucia |
| 4/3/2006 | 3.00 | 0.60 | Photocopies L. T. DeLucia |
| 4/3/2006 | 20.00 | 4.00 | Photocopies A. J. Brody |
| 4/3/2006 | 44.00 | 8.80 | Photocopies A. J. Brody |
| 4/3/2006 | 46.00 | 9.20 | Photocopies A. J. Brody |
| 4/3/2006 | 92.00 | 18.40 | Photocopies A. J. Brody |
| 4/20/2006 | 2.00 | 0.40 | Photocopies B. Parkes |
| 4/20/2006 | 210.00 | 42.00 | Photocopies A. J. Brody |
| 4/20/2006 | 24.00 | 4.80 | Photocopies A. J. Brody |
| 4/20/2006 | 6.00 | 1.20 | Photocopies A. J. Brody |
| 4/20/2006 | 51.00 | 10.20 | Photocopies A. J. Brody |
| 4/20/2006 | 82.00 | 16.40 | Photocopies A. J. Brody |
| 4/20/2006 | 571.00 | 114.20 | Photocopies A. J. Brody |
| 4/24/2006 | 2.00 | 0.40 | Photocopies B. Parkes |
| 4/28/2006 | 16.00 | 3.20 | Photocopies A. J. Brody |
| 5/9/2006 | 1.00 | 0.20 | Photocopies B. Parkes |
| 5/11/2006 | 6.00 | 1.20 | Photocopies B. Parkes |
| 5/11/2006 | 90.00 | 18.00 | Photocopies B. Parkes |
| 5/11/2006 | 13.00 | 2.60 | Photocopies B. Parkes |
| 5/17/2006 | 3.00 | 0.60 | Photocopies B. Parkes |
| 5/17/2006 | 3.00 | 0.60 | Photocopies B. Parkes |
| 5/17/2006 | 2.00 | 0.40 | Photocopies B. Parkes |
| 5/17/2006 | 1.00 | 0.20 | Photocopies B. Parkes |
| 5/17/2006 | 3.00 | 0.60 | Photocopies B. Parkes |
| 5/17/2006 | 4.00 | 0.80 | Photocopies B. Parkes |
| 5/17/2006 | 1.00 | 0.20 | Photocopies B. Parkes |
| 5/19/2006 | 59.00 | 11.80 | Photocopies B. Parkes |
| 5/22/2006 | 10.00 | 2.00 | Photocopies A. J. Brody |
| 5/23/2006 | 6.00 | 1.20 | Photocopies B. Parkes |
| 5/23/2006 | 2.00 | 0.40 | Photocopies B. Parkes |
| 5/24/2006 | 1,251.00 | 250.20 | Photocopies B. Parkes |
| 5/24/2006 | 132.00 | 26.40 | Photocopies B. Parkes |
| 5/24/2006 | 58.00 | 11.60 | Photocopies B. Parkes |
| 5/24/2006 | 240.00 | 48.00 | Photocopies B. Parkes |
| 5/24/2006 | 2.00 | 0.40 | Photocopies B. Parkes |
| 5/24/2006 | 6.00 | 1.20 | Photocopies B. Parkes |
| 5/25/2006 | 31.00 | 6.20 | Photocopies B. Parkes |
| 5/25/2006 | 14.00 | 2.80 | Photocopies B. Parkes |
| 6/1/2006 | 16.00 | 3.20 | Photocopies P. A. Lauch |
| 6/7/2006 | 8.00 | 1.60 | Photocopies B. Parkes |
| 6/8/2006 | 2.00 | 0.40 | Photocopies B. Parkes |
| | 3,137.00 | 627.40 | |

# EXHIBIT J

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001

October 16, 2006  
Invoice No xxxxxxx  
Page 2

| Date | Quantity | Amount | Description |
|---|---|---|---|
| **Cost Code - 240 Telecopy** | | | |
| 4/3/2006 | 4 | 6.25 | Telecopy charges A. J. Brody |
| 4/3/2006 | 4 | 6.25 | Telecopy charges A. J. Brody |
| | 8 | 12.50 | |

# EXHIBIT K

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No  0047891-000001

October 16, 2006  
Invoice No  xxxxxxx  
Page 3

| Date | Quantity | Amount | Description |
|---|---|---|---|
| **Cost Code 250 - Telephone** | | | |
| 4/28/2006 | 1 | 2.58 | Telephone B. Parkes |
| 5/23/2006 | 1 | 1.72 | Telephone B. Parkes |
| 5/24/2006 | 1 | 1.29 | Telephone B. Parkes |
| | 3 | 5.59 | |