OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
FIRST CONNECTICUT CONSULTING GROUP
Ref No   0047891-000001

October 16, 2006
Invoice No  xxxxxxx
Page 4

| Date | Quantity | Amount | Description |
|------|----------|--------|-------------|
| **Cost Code 300 - Postage** | | | |
| 4/3/2006 | 1 | 0 39 | Postage A  Brody |
| 5/19/2006 | 1 | 16 80 | Postage B  Parkes ( 3 @ $5 60) |
| 5/24/2006 | 1 | 16 77 | Postage B  Parkes ( 43 @ $ 39) |
| 6/5/2006 | 1 | 0.39 | Postage B  Parkes |
| | 4 | 34.35 | |



4/3/06



**Buchanan Ingersoll** PC
ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ  08540-6347

Jeffrey Feld
L. Epstein Hardware Co., Inc.
268 Main Street
Orange, New Jersey  07050



**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Steven E. Mackey, Esq.
Office of the U.S. Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Thomas D. Goldberg, Esq.
Thomas J. O'Neill, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Gregory J. Ligelis, Esq.
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06901

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Niclas A. Ferland, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

James B. Anderson, Esq.
Ryan Smith & Carbine LTD
Mead Building
98 Merchants Row
P.O. Box 310
Rutland, VT 05702-0310

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Ellery E. Plotkin, Esq.
Plotkin & Livolsi
1035 Washington Boulevard
Stamford, CT 06901

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Jeffrey S. Feld, Esq.
The Four Felds, Inc.
d/b/a L. Epstien Hardware Co., Inc.
268 Main Street
Orange, NJ 07050

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Beth Green Kibel, Esq.
Robert Grossman, Esq.
Arent Fox PLLC
1675 Broadway
25th Floor
New York, NY 10019

**Buchanan Ingersoll** PC
ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Ross Fingold, Esq.
Levy & Droney. P.C.
Pond View Corporate Center
74 Batterson Park Road
Farmington, CT 06032

**Buchanan Ingersoll** PC
ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Douglas M. Evans, Esq.
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

David S. Hoopes, Esq.
Mayo Crowe, LLC
CityPlace II - 2nd Floor
185 Asylum Street
Hartford, CT 06103

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Richard C. Feldman, Esq.
Evans, Feldman & Boyer, L.L.C.
261 Bradley Street
P.O. Box 1694
New Haven, CT 06507

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

William S. Fish, Jr., Esq.
James R. Byrne, Esq.
Tyler Cooper & Alcorn, LLP
CityPlace I-35th Floor
Hartford, CT 06103-3488

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Alan H. McLean, Esq.
Neville Shaver Hubbard & McLean
23 Old Kings Highway South
Darien, CT 06820-4541

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ  08540-6347

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street
New Haven, CT  06510

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ  08540-6347

Leslie Ann Berkoff, Esq.
Moritt Hock Hamroff & Horowitz, LLP
400 Garden City Plaza
Garden City, NY  11530

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Deirdre A. Martini, Esq.
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Paul H. Schafhauser, Esq.
Herrick, Feinstein LLP
2 Penn Plaza
Newark, NJ 07105

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

J. Joseph Bainton, Esq.
Bainton McCarthy LLC
Three Stamford Landing
46 Southfield Avenue
Stamford, CT  06902-7273

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

James M. Nugent, Esq.
Harlow, Adams & Friedman, P.C.
300 Bic Dr.
Milford, CT  06460

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

S.A.S. Capital Management, Inc.
157 Newbury Street
Route 1 North at 1-95 North
Peabody, MA 01960-3812

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Howard E. Kantrovitz, Esq.
Kantrovitz & Brownstein, P.C.
1 Bradley Road, Suite 305
P.O. Drawer 3557
New Haven, CT 06525

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Robert Sasloff, Esq.
Robinson Brog Lienwand Greene Genovese &
Gluck, PC
1345 Avenue of the Americas
New York, NY 10105

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Anthony K. Modafferi, Esq.
37 Marin Boulevard
Jersey City, NJ 07302

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Frank P. Kapusinski, Esq.
Scarinci & Hollenbeck
6 Water Street, Suite 401
New York, NY 10004

---

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Jay S. Ruder, Esq.
Ronald L. Daugherty, Esq.
Pelino & Lentz, P.C.
One Liberty Place
32nd Floor
Philadelphia, PA 19103-7393

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ  08540-6347

Denise S. Mondell, Esq.
Assistant Attorney General
P.O. Box 120
55 Elm Street, Fifth Floor
Hartford, CT 06141-0120

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ  08540-6347

Roy W. Moss, Esq.
102 Highland Avenue
Rowayton, CT 06853

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Christopher G. Brown, Esq.
Begos & Horgan, LLP
327 Riverside Avenue
Westport, CT 06880

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Julie A. Manning, Esq.
Shipman & Goodwin LLP
1 Constitution Plaza
Hartford, CT 06103-1919

**Buchanan Ingersoll** PC
ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Frederic S. Ury, Esq.
Deborah M. Garskof, Esq.
Ury & Moskow, L.L.C.
883 Black Rock Turnpike
Fairfield, CT 06825

**Buchanan Ingersoll** PC
ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Jane W. Arnone, Esq.
Benanti & Associates
350 Bedford Street, Suite 201
Stamford, CT 06901

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Jon P. Newton, Esq.
Reid and Riege, P.C.
One State Street
Hartford, CT 06103-3185

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1300
New York, NY 10017

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Joseph Lubertazzi, Jr., Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Carol A. Felicetta, Esq.
Reid and Riege, P.C.
234 Church Street, 9th Floor
New Haven, CT 06510

**Buchanan Ingersoll** PC
ATTORNEYS
700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Christopher G. Winans, Esq.
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, CT 06813-2809

**Buchanan Ingersoll** PC
ATTORNEYS
700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Ann M. Nevins, Esq.
Assistant United States Attorney
915 Lafayette Blvd., Room 309
Bridgeport, CT 06604

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Irve J. Goldman, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Robert M. Fleischer, Esq.
Jacobs Partners LLC
Merritt View
383 Main Avenue, PH
Norwalk, CT 06851

Joel R. Glucksman, Esq.
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, NJ 07071-0790

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Ted A. Berkowitz, Esq.
Michael J. Healy, Esq.
Farrell Fritz
EAB Plaza
Uniondale, NY 11556-0120

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

James A. Scarpone, Esq.
Scarpone, Staiano & Savage, LLC
744 Broad Street, Suite 1901
Newark, NJ 07102

**Buchanan Ingersoll**
ATTORNEYS  PROFESSIONAL CORPORATION  ∴ INCORPORATED IN PENNSYLVANIA

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

James R. Byrne, Esq.
Tyler Cooper & Alcorn, LLP
185 Asylum Street
City Place/35th Floor
Hartford, CT 06103-3488

**Buchanan Ingersoll**

ATTORNEYS  PROFESSIONAL CORPORATION :: INCORPORATED IN PENNSYLVANIA

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Beth Green Kibel, Esq.
Arent Fox PLLC
1675 Broadway
25th Floor
New York, NY 10019

**Buchanan Ingersoll** PC

ATTORNEYS

700 Alexander Park, Suite 300
Princeton, NJ 08540-6347

Jon P. Newton, Esq.
Reid and Riege, P.C.
One Financial Plaza
755 Main Street, 21st Floor
Hartford, CT 06103