OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
FIRST CONNECTICUT CONSULTING GROUP
Ref No   0047891-000001

October 16, 2006
Invoice No. xxxxxxx
Page 5

| Date | Quantity | Amount | Description |
|------|----------|--------|-------------|
| **Cost Code 330 - Express Mail** | | | |
| 4/20/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/20/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/20/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/20/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/20/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/20/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/20/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/20/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/20/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/28/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/28/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/28/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/28/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/28/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 4/28/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 5/22/2006 | 1 | 15.08 | Express Mail - UPS - A. J. Brody |
| 5/23/2006 | 1 | 15.08 | Express Mail - UPS - B. A. Parkes |
| 5/24/2006 | 1 | 20.14 | Express Mail - UPS - A. J. Brody |
| 6/8/2006 | 1 | 27.04 | Express Mail - UPS - A. J. Brody |
| | 19 | 303.54 | |

Shipped Date  4/20/2006
Tracking#      1ZEA47400194049280
Charge:        $ 15.08

Service:       UPS Next Day Air
User Name:     4/20/2006

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
ASSISTANT UNITED STATES ATTORNEY
ANN M. NEVINS, ESQ.
915 LAFAYETTE BLVD.
ROOM 309

BRIDGEPORT, CT  66044727

========================================================================

Shipped Date  4/20/2006
Tracking#      1ZEA47400192616876
Charge:        $ 15.08

Service:       UPS Next Day Air
User Name:     4/20/2006

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
SCARPONE, STAIANO & SAVAGE, LLC
JAMES A. SCARPONE, ESQ.
744 BROAD STREET
SUITE 1901

NEWARK, NJ  71023848

========================================================================

Shipped Date  4/20/2006
Tracking#      1ZEA47400194312262
Charge:        $ 15.08

Service:       UPS Next Day Air
User Name:     4/20/2006

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
ROBINSON, BROG, LEINWAND, GREENE,
CHRISTINE BLACK, ESQ.
1345 AVENUE OF THE AMERICAS

NEW YORK, NY  101050302

========================================================================

Shipped Date  4/20/2006
Tracking#      1ZEA47400193611459
Charge:        $ 15.08

Service:       UPS Next Day Air
User Name:     4/20/2006

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
BAINTON MCCARTHY LLC
J JOSEPH BAINTON, ESQ.
THREE STAMFORD LANDING
46 SOUTHFIELD AVENUE

STAMFORD, CT  69027217

========================================================================

Shipped Date  4/20/2006                          Service:       UPS Next Day Air
Tracking#     1ZEA47400190910444                 User Name:     4/20/2006
Charge:       $ 15.08

Shipped From:                                    Shipped To:
VECCHIONE, MARIA                                 MORITT HOCK HAMROFF & HOROWITZ, LLP
BUCHANAN INGERSOLL- PRIN                         LESLIE ANN BERKOFF, ESQ.
700 ALEXANDER PARK                               400 GARDEN CITY PLAZA
SUITE 300
PRINCETON,  8540                                 GARDEN CITY, NY  115303334

===========================================================================

Shipped Date  4/20/2006                          Service:       UPS Next Day Air
Tracking#     1ZEA47400193925236                 User Name:     4/20/2006
Charge:       $ 15.08

Shipped From:                                    Shipped To:
VECCHIONE, MARIA                                 MAYO CROWE, LLC
BUCHANAN INGERSOLL- PRIN                         DAVID S. HOOPES, ESQ.
700 ALEXANDER PARK                               CITY PLACE II- 2ND FLOOR
SUITE 300                                        185 ASYLUM STREET
PRINCETON,  8540
                                                 HARTFORD, CT  61033401

===========================================================================

Shipped Date  4/20/2006                          Service:       UPS Next Day Air
Tracking#     1ZEA47400192091826                 User Name:     4/20/2006
Charge:       $ 15.08

Shipped From:                                    Shipped To:
VECCHIONE, MARIA                                 ARENT FOX PLLC
BUCHANAN INGERSOLL- PRIN                         HEIDI J. SORVINO, ESQ.
700 ALEXANDER PARK                               1675 BROADWAY
SUITE 300                                        25TH FLOOR
PRINCETON,  8540
                                                 NEW YORK, NY  100195820

===========================================================================

Shipped Date  4/20/2006                          Service:       UPS Next Day Air
Tracking#     1ZEA47400193966219                 User Name:     4/20/2006
Charge:       $ 15.08

Shipped From:                                    Shipped To:
VECCHIONE, MARIA                                 ARENT FOX PLLC
BUCHANAN INGERSOLL- PRIN                         ROBERT GROSSMAN, ESQ
700 ALEXANDER PARK                               1675 BROADWAY
SUITE 300                                        25TH FLOOR
PRINCETON,  8540
                                                 NEW YORK, NY  100195820

===========================================================================

Shipped Date  4/20/2006
Tracking#     1ZEA47400192624401
Charge:       $ 15.08

Service:      UPS Next Day Air
User Name:    4/20/2006

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
PELINO & LENTZ, P.C.
RONALD L. DAUGHERTY, ESQ.
ONE LIBERTY PLACE
32ND FLOOR

PHILADELPHIA, PA  191037301

======================================================================

Shipped Date  4/28/2006
Tracking#     1ZEA47400193920419
Charge:       $ 15.08

Service:      UPS Next Day Air
User Name:    4/28/2006

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
MAYO CROWE, LLC
DAVID S. HOOPES, ESQ.
CITY PLACE II- 2ND FLOOR
185 ASYLUM STREET

HARTFORD, CT  61033401

======================================================================

Shipped Date  4/28/2006
Tracking#     1ZEA47400194542602
Charge:       $ 15.08

Service:      UPS Next Day Air
User Name:    4/28/2006

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
ARENT FOX PLLC
ROBERT GROSSMAN, ESQ.
1675 BROADWAY
25TH FLOOR

NEW YORK, NY  100195820

======================================================================

Shipped Date  4/28/2006
Tracking#     1ZEA47400191824590
Charge:       $ 15.08

Service:      UPS Next Day Air
User Name:    4/28/2006

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
LEVY & DRONEY, P.C.
ROSS FINGOLD, ESQ.
POND VIEW CORPORATE CENTER
74 BATTERSON PARK ROAD

FARMINGTON, CT  60322565

======================================================================

Shipped Date  4/28/2006
Tracking#      1ZEA47400190682389
Charge:        $ 15.08

Service:       UPS Next Day Air
User Name:     4/28/2006

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
NEUBERT, PEPE & MONTEITH, P.C
DOUGLAS S. SKALKA, ESQ.
195 CHURCH STREET

NEW HAVEN, CT  65102009

============================================================

Shipped Date  4/28/2006
Tracking#      1ZEA47400191751972
Charge:        $ 15.08

Service:       UPS Next Day Air
User Name:     4/28/2006

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
DISTRICT OF CONNECTICUT
HONORABLE ALAN H. W. SHIFF
UNITED STATES BANKRUPTCY JUDGE
915 LAFAYETTE BLVD.

BRIDGEPORT, CT  66044727

============================================================

Shipped Date  5/22/2006
Tracking#      1ZEA47400193718077
Charge:        $ 15.08

Service:       UPS Next Day Air
User Name:     5/22/2006

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
ARENT FOX PLLC
ROBERT GROSSMAN, ESQ.
1675 BROADWAY
25TH FLOOR

NEW YORK, NY  100195820

============================================================

Shipped Date  5/23/2006
Tracking#      1ZEA47400197816016
Charge:        $ 15.08

Service:       UPS Next Day Air
User Name:     5/23/2006

Shipped From:
PARKES, BARBARA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
UNITED STATES BANKRUPTCY COURT,
DISTRICT OF CONNECTICUT
MS. DARLENE BYRD
915 LAFAYETTE BOULEVARD

BRIDGEPORT, CT  66044727

============================================================

| | | | |
|---|---|---|---|
| Shipped Date | 5/24/2006 | Service: | UPS Next Day Air |
| Tracking# | 1ZEA47400195612070 | User Name: | 5/24/2006 |
| Charge: | $ 20.140000000000001 | | |

Shipped From:
PARKES, BARBARA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
UNITED STATES BANKRUPTCY COURT,
DISTRICT OF CONNECTICUT
HON. ALAN H. W. SHIFF, U.S.B.J.
BRIDGEPORT DIVISION
915 LAFAYETTE BOULEVARD

BRIDGEPORT, CT  66044727

========================================================================

| | | | |
|---|---|---|---|
| Shipped Date | 6/8/2006 | Service: | UPS Next Day Air |
| Tracking# | 1ZEA47400196564719 | User Name: | 6/8/2006 |
| Charge: | $ 24.36 | | |

Shipped From:
VECCHIONE, MARIA
BUCHANAN INGERSOLL- PRIN
700 ALEXANDER PARK
SUITE 300
PRINCETON,  8540

Shipped To:
ARENT FOX
BETH GREEN KIBEL, ESQ.
1675 BROADWAY, 25TH FLOOR

NEW YORK, NY  100195820

========================================================================

# EXHIBIT N

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
FIRST CONNECTICUT CONSULTING GROUP
Ref No. 0047891-000001

October 16, 2006
Invoice No. xxxxxxx
Page 6

| Date | Quantity | Amount | Description |
|---|---|---|---|
| **Cost Code 400 - On-Line Search Service** | | | |
| 4/26/2006 | 1 | 23.84 | On-Line Search Service Pacer |
| 5/24/2006 | 1 | 26.40 | On-Line Search Service Pacer |
| 6/2/2006 | 1 | 164.14 | On-Line Search Service - P. Lauch |
| 6/5/2006 | 1 | 21.79 | On-Line Search Service - B. Parkes |
| 6/5/2006 | 1 | 579.87 | On-Line Search Service - K. Villatoro |
| 6/6/2006 | 1 | 81.66 | On-Line Search Service - P. Lauch |
| 6/8/2006 | 1 | 33.93 | On-Line Search Service - P. Lauch |
| 6/10/2006 | 1 | 15.00 | On-Line Search Service - P. Lauch |
| 6/11/2006 | 1 | 18.00 | On-Line Search Service - P. Lauch |
| 6/26/2006 | 1 | 50.48 | On-Line Search Service Pacer |
| | 10 | 1,015.11 | |

**Account: BUCHANAN INGERSOLL & ROONEY PC, PRINCETON NJ** [redacted]

**Date Range:** April 26, 2006 – August 23, 2006

**Report Format:** Detail-Account by Client by User by Day (Targeted)

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| Account [redacted] | | | | | | | |
| Client 0047891-000001 | | | | | | | |
| User Name LAUCH,PATRICIA A ( ) | | | | | | | |
| Day 06/02/2006 | | | | | | | |
| COMMUNICATIONS | | | | | $0.00 | $0.00 | $0.00 |
| HOURLY CONNECT | | | | 0:41:02 | $0.00 | $0.00 | $0.00 |
| STANDARD | 0:41:02 | | | | $164.14 | $0.00 | $164.14 |
| WESTLAW DOCUMENTS | | | 59 | | $0.00 | $0.00 | $0.00 |
| PRINT IMAGES | | | 2 | | $0.00 | $0.00 | $0.00 |
| Totals for Day 06/02/2006 | 0:41:02 | | 61 | 0:41:02 | $164.14 | $0.00 | $164.14 |
| Day 06/06/2006 | | | | | | | |
| COMMUNICATIONS | | | | | $0.00 | $0.00 | $0.00 |
| HOURLY CONNECT | | | | 0:20:25 | $0.00 | $0.00 | $0.00 |
| STANDARD | 0:20:25 | | | | $81.66 | $0.00 | $81.66 |
| WESTLAW DOCUMENTS | | | 4 | | $0.00 | $0.00 | $0.00 |
| Totals for Day 06/06/2006 | 0:20:25 | | 4 | 0:20:25 | $81.66 | $0.00 | $81.66 |
| Day 06/08/2006 | | | | | | | |
| COMMUNICATIONS | | | | | $0.00 | $0.00 | $0.00 |
| HOURLY CONNECT | | | | 0:05:29 | $0.00 | $0.00 | $0.00 |
| STANDARD | 0:05:29 | | | | $21.93 | $0.00 | $21.93 |
| WESTLAW DOCUMENTS | | | 5 | | $0.00 | $0.00 | $0.00 |
| WESTFIND&PRINT.COM FINDS | | 4 | | | $12.00 | $0.00 | $12.00 |
| Totals for Day 06/08/2006 | 0:05:29 | 4 | 5 | 0:05:29 | $33.93 | $0.00 | $33.93 |
| Day 06/10/2006 | | | | | | | |
| WESTFIND&PRINT.COM FINDS | | 5 | | | $15.00 | $0.00 | $15.00 |
| Totals for Day 06/10/2006 | | 5 | | | $15.00 | $0.00 | $15.00 |
| Day 06/11/2006 | | | | | | | |
| WESTFIND&PRINT.COM FINDS | | 6 | | | $18.00 | $0.00 | $18.00 |
| Totals for Day 06/11/2006 | | 6 | | | $18.00 | $0.00 | $18.00 |
| User Name PARKES,BARBARA A ( ) | | | | | | | |
| Day 06/05/2006 | | | | | | | |
| COMMUNICATIONS | | | | | $0.00 | $0.00 | $0.00 |
| HOURLY CONNECT | | | | 0:05:27 | $0.00 | $0.00 | $0.00 |
| STANDARD | 0:05:27 | | | | $21.79 | $0.00 | $21.79 |
| WESTLAW DOCUMENTS | | | 1 | | $0.00 | $0.00 | $0.00 |
| Totals for Day 06/05/2006 | 0:05:27 | | 1 | 0:05:27 | $21.79 | $0.00 | $21.79 |
| Totals for User Name PARKES,BARBARA A ( ) | 0:05:27 | | 1 | 0:05:27 | $21.79 | $0.00 | $21.79 |
| User Name VILLATORO,KARIA ( ) | | | | | | | |
| Day 06/05/2006 | | | | | | | |
| COMMUNICATIONS | | | | | $0.00 | $0.00 | $0.00 |

**Account:** BUCHANAN INGERSOLL & ROONEY PC, PRINCETON NJ ( ▮▮▮▮ )
**Date Range:** April 26, 2006 - August 23, 2006
**Report Format:** Detail-Account by Client by User by Day (Targeted)

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| HOURLY CONNECT | | | | 2:04:36 | $0.00 | $0.00 | $0.00 |
| ALLFILES | 0:16:01 | | | | $64.07 | $0.00 | $64.07 |
| HOURLY MULTI-SEARCH | 0:21:47 | | | | $87.17 | $0.00 | $87.17 |
| RESULTSPLUS ALLFILES | 0:04:05 | | | | $17.15 | $0.00 | $17.15 |
| STANDARD | 0:11:49 | | | | $47.25 | $0.00 | $47.25 |
| SUPER ALLFILES | 1:10:54 | | | | $283.66 | $0.00 | $283.66 |
| WESTLAW DOCUMENTS | | | 16 | | $0.00 | $0.00 | $0.00 |
| THM PREMIER COMMUNICATIONS | | | | | $1.03 | $0.07 | $1.10 |
| THM PREMIER HOURLY CONNECT | | | | 0:05:06 | $2.92 | $0.00 | $2.92 |
| THM PREMIER RESULTSPLUS PREMIUM | 0:05:06 | | | | $62.62 | $0.00 | $62.62 |
| THM PREMIER WESTLAW DOCUMENTS | | | 2 | | $13.93 | $0.00 | $13.93 |
| Totals for Day 06/05/2006 | 2:09:42 | | 18 | 2:09:42 | $579.80 | $0.07 | $579.87 |
| Totals for User Name VILLATORO,KARIA ( ▮▮ ) | 2:09:42 | | 18 | 2:09:42 | $579.80 | $0.07 | $579.87 |

```
PACER-NET SUBTOTAL FOR                                    2,601        208.08


SUBTOTAL FOR CLIENT CODE:                                  ==============
                                                              208.08


CLIENT CODE: ▮
  06/01/2006  ▬▬▬▬                                            15          1.20




  CUSTOMER NUMBER: ▬▬▬▬
  DATE RANGE:      06/01/2006 - 06/30/2006            PAGE:      3

  DATE         COURT                   TIME IN   TIME OUT TIME/PAGES   AMOUNT
               SEARCH CRITERIA                             DESCRIPTION
  ----------------------------------------------------------------------------
  PACER-NET SUBTOTAL FOR   0                                  15          1.20


SUBTOTAL FOR CLIENT CODE: 0                                ==============
                                                              1.20


CLIENT CODE: ▬▬▬▬▬▬▬
  06/19/2006  NJDC                                             2          0.16

  PACER-NET SUBTOTAL FOR   ▬▬▬▬▬▬                              2          0.16


SUBTOTAL FOR CLIENT CODE:  ▬▬▬▬▬                           ==============
                                                              0.16


CLIENT CODE: ▬▬▬▬▬▬▬▬
  06/06/2006  NJBK                                             2          0.16

  06/09/2006  NJBK                                             1          0.08

  06/14/2006  NJBK                                             1          0.08

  PACER-NET SUBTOTAL FOR   ▬▬▬▬▬▬▬▬                            4          0.32


SUBTOTAL FOR CLIENT CODE:  ▬▬▬▬▬▬▬▬                        ==============
                                                              0.32


CLIENT CODE: 0047891-000001 PARKES, B.
  06/07/2006  CTBK                                           179         14.32

  06/08/2006  CTBK                                            79          6.32

  06/20/2006  CTBK                                           258         20.64

  06/26/2006  CTBK                                           115          9.20

  PACER-NET SUBTOTAL FOR   0047891-000001 PARKES, B.         631         50.48


SUBTOTAL FOR CLIENT CODE: 0047891-000001 PARKES, B.       ==============
                                                             50.48
```

TOTAL FOR CLIENT CODE: ▆▆▆▆▆▆▆                            1.20

CLIENT CODE: ▆▆▆▆▆▆▆▆
  05/19/2006  CTBK                                  5        0.40

  PACER-NET SUBTOTAL FOR  ▆▆▆▆▆▆▆                  5        0.40
                                                  ============
SUBTOTAL FOR CLIENT CODE: ▆▆▆▆▆▆▆                            0.40

CLIENT CODE: ▆▆▆▆▆▆▆▆▆▆
  05/04/2006  NJBK                                31        2.48


  CUSTOMER NUMBER: ▆▆▆▆
  DATE RANGE:    05/01/2006 - 05/31/2006                PAGE:       4

  DATE         COURT               TIME IN   TIME OUT TIME/PAGES   AMOUNT
               SEARCH CRITERIA                         DESCRIPTION
  -----------------------------------------------------------------------------
  05/15/2006  NJBK                                  1        0.08

  PACER-NET SUBTOTAL FOR  ▆▆▆▆▆▆▆▆▆              32        2.56
                                                  ============
SUBTOTAL FOR CLIENT CODE: ▆▆▆▆▆▆▆▆▆                        2.56

CLIENT CODE: ▆▆▆▆▆▆▆
  05/03/2006  MIEBK                               51        4.08

  PACER-NET SUBTOTAL FOR  ▆▆▆▆▆▆▆▆              51        4.08
                                                  ============
SUBTOTAL FOR CLIENT CODE: ▆▆▆▆▆▆▆                          4.08

CLIENT CODE: 0047891-000001 PARKES, B.
  05/05/2006  CTBK                               141       11.28
  05/18/2006  CTBK                                47        3.76
  05/19/2006  CTBK                                30        2.40
  05/23/2006  CTBK                                30        2.40
  05/24/2006  CTBK                                82        6.56
PACER-NET SUBTOTAL FOR 0047891-000001 PARKES, B.  330       26.40
                                                  ============
SUBTOTAL FOR CLIENT CODE: 0047891-000001 PARKES, B.        26.40

CLIENT CODE: ▆▆▆▆▆▆▆
  05/18/2006  NJBK                                  9        0.72

SUBTOTAL FOR CLIENT CODE: ███████████████                                    0.24


CLIENT CODE: ███████████████
  04/27/2006  NJDC                                            1          0.08

  PACER-NET SUBTOTAL FOR   ███████████████                   1          0.08



CUSTOMER NUMBER: ██████████
DATE RANGE:      04/01/2006 - 04/30/2006                PAGE:        3

| DATE | COURT<br>SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES<br>DESCRIPTION | AMOUNT |
|------|--------------------------|---------|----------|---------------------------|--------|

SUBTOTAL FOR CLIENT CODE: ███████████████                                    0.08


CLIENT CODE: ███████████████
  04/19/2006  NJDC                                            2          0.16

  PACER-NET SUBTOTAL FOR   ███████████████                   2          0.16

SUBTOTAL FOR CLIENT CODE: ███████████████                                    0.16


CLIENT CODE: ███████████████
  04/17/2006  CTBK                                           73          5.84

  PACER-NET SUBTOTAL FOR   0047891-000001                    73          5.84

SUBTOTAL FOR CLIENT CODE: 0047891-000001                                     5.84


CLIENT CODE: 0047891-000001 PARKES, B.
  04/03/2006  CTBK                                           30          2.40

  04/07/2006  CTBK                                           49          3.92

  04/10/2006  CTBK                                           30          2.40

  04/10/2006  NJBK                                           36          2.88

  04/20/2006  CTBK                                           30          2.40

  04/26/2006  CTBK                                           50          4.00

  PACER-NET SUBTOTAL FOR   0047891-000001 PARKES, B.        225         18.00

SUBTOTAL FOR CLIENT CODE: 0047891-000001 PARKES, B.                         18.00

$3.8²


CLIENT CODE: ███████████████