OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001

October 16, 2006  
Invoice No. xxxxxxx  
Page 7

| Date | Quantity | Amount | Description |
|---|---|---|---|
| **Cost Code LOCTRAN - Local Transportation Expense** | | | |
| 6/12/2006 | 1 | 12.50 | Local Transportation Expense - Petty Cash JPW cab fare to residence after 8 pm |
| 6/13/2006 | 1 | 12.50 | Local Transportation Expense - Petty Cash JPW cab fare to residence afte r8 pm |
| | 2 | 25.00 | |

**RECEIVED OF PETTY CASH**

No. _____   DATE 6-19-06

| DESCRIPTION OF ITEM / SERVICE PURCHASED | AMOUNT |
|---|---|
| John Warner Local transportation on 6/12 between office and residence after 8 PM | |
| CHARGE TO ACCOUNT 0047891-000001   **TOTAL** | 12.50 |

RECEIVED BY _____   APPROVED BY _____

TOPS FORM 3008                                MADE IN U.S.A.

---

Driver # _____
Cab # Highland #131
Fare from: 17th + K Sts. NW DC
To: _____
Date: 6-12-06
Tip: _____   Total: $12.50
x First Connecticut
PRINT Client's Name
47891-001

---

Taxi Cab Receipts

DATE: 6-13-06   TIME: 8:30 pm
TRIP ORIGIN: 17th + K Sts. NW, D.C.
DESTINATION: _____
FARE: $12.50   SIGNATURE _____
47891-001

---

**RECEIVED OF PETTY CASH**

No. _____   DATE 6-22-06

| DESCRIPTION OF ITEM / SERVICE PURCHASED | AMOUNT |
|---|---|
| John Warner Local travel between office + residence after 8 PM 6-13-06 | |
| CHARGE TO ACCOUNT 0047891-00004   **TOTAL** | 12.50 |

RECEIVED BY _____   APPROVED BY _____

TOPS FORM 3008                                MADE IN U.S.A.

# EXHIBIT P

| Date | Quantity | Amount | Description |
|---|---|---|---|
| **Cost Code MEAL - Meals** | | | |
| 5/26/2006 | 1 | 21.15 | Meals - A. J. BRODY Working lunch |
| 6/27/2006 | 1 | 14.80 | Meals - A. J. BRODY Attend status conference in Bridgeport, CT |
| | 2 | 35.95 | |

# Buchanan Ingersoll
PROFESSIONAL CORPORATION
EMPLOYEE EXPENSE STATEMENT

COPY

7/14/06 no ck#1027827

ATTORNEY NAME: Alan J. Brody
ATTORNEY NUMBER:
OFFICE: Princeton, NJ
PERIOD: 4/17/06 - 6/27/06

(NOTE: MEALS & ENTERTAINMENT MUST BE FULLY DOCUMENTED INCLUDING PLACE & NATURE OF ENTERTAINMENT, BUSINESS PURPOSE AND PERSONS ENTERTAINED)

| Date | # Miles | MILE @ 0.445 Mileage | AIRFARE Train | LOCTRAN Local Transportation | PARK Parking / Tolls | HOTEL Hotel | MEAL Meals | ENT Entertainment | MISC Other | Total | Client/Matter # | Client/Matter Description | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| 5/26/2006 | | | | | | | 21.15 | | | 21.15 | 0047891/01 | First Connecticut Consulting Group | Working lunch |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 6/27/2006 | 220.00 | 97.90 | | | 13.25 | | 14.80 | | | 125.95 | 0047891/01 | First Connecticut Consulting Group | Attend status conference in Bridgeport, Connecticut. |
| Totals: | 1070.00 | 476.15 | | | 73.80 | | 217.26 | | | 767.21 | | | |

Notes:

TOTAL NET EXPENSES: 767.21

ENTER ADVANCES
| date | amount |
|---|---|

enter this amount here →

TOTAL ADVANCES
AMOUNT PAYABLE EMPLOYEE: 767.21
AMOUNT PAYABLE BIPC

SIGNED:
APPROVED FOR:
APPROVED BY:

Please note here if reimbursement should be made to a third party

6/28/2006

5/26

FCC 6

Lunch

$21.15

Wegmans

240 NASSAU PARK BLVD
PRINCETON, NJ 08540
(609) 919-9300

05/26/06 OP# 99782
You have selected to take out

| | |
|---|---|
| ARIZONA RX ENERGY | 1.50 B |
| ARIZ MN ORN TEA | 1.50 B |
| SPY CRAB SLD RL-PK | 5.99 F |
| SUSHI-SPCY ROLL-PK | 5.99 F |
| SUSHI-SPCY ROLL-PK | 5.99 F |
| TAX | 0.18 |
| **** BALANCE | 21.15 |

AMERICAN EXPRESS PURCHASE
ACCT: [redacted]
AUTH: [redacted]
RCPT: 56497
CODE: 0000

| | |
|---|---|
| CREDIT CARD | 21.15 |
| CHANGE | 0.00 |

05/26/06 12:57pm 93 56 119 99782

Our Price Commitment:
Consistent
Low Prices.

CUSTOMER COPY

6/27

FCC6

Attend status conference

Mileage = to/from Bridgeport, Conn

220 miles RT

Tolls $8 -
Parking 5.25
Lunch 14.80

$ 28.05

LAZ Parking Ltd.

Ticket # ______
Time & Date 6-27-06
Location 178
Amount $ 5.25
Signature M. D.

Thank you for your patronage.