OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No 0047891-000001

October 16, 2006  
Invoice No. xxxxxxx  
Page 11

| Date | Quantity | Amount | Description |
|---|---|---|---|
| **Cost Code PHONE - Telephone** | | | |
| 4/1/2006 | 1 | 18.50 | Telephone - AT&T TeleConference Services - Conference Call Hosted by A.J. Brody with 4 Participants on 3/7/06 |
| 4/1/2006 | 1 | 29.52 | Telephone - AT&T TeleConference Services - Conference Call Hosted by A.J. Brody with 7 Participants on 3/10/06 |
| 4/1/2006 | 1 | 99.42 | Telephone - AT&T TeleConference Services - Conference Call Hosted by A.J. Brody with 7 Participants on 3/12/06 |
| 4/1/2006 | 1 | 14.31 | Telephone - AT&T TeleConference Services - Conference Call Hosted by A.J. Brody with 4 Participants on 3/3/06 |
| 4/1/2006 | 1 | 13.87 | Telephone - AT&T TeleConference Services - Conference Call Hosted by L.T. DeLucia with 11 Participants on 3/6/06 |
| | 5 | 175.62 | |

AT&T TeleConference Services



Page 13 of 32

```
ACCOUNT ID:                                              BILL DATE: APR 01 2006
CUSTOMER:         ATTN: TELECOM DEPT
                  BUCHANAN INGERSOLL
ACCOUNT CODE:     PRINCETON / 0047891-1
```

## DETAIL OF SERVICE USAGE

| ITEM | QTY | TYPE | DATE | TIME | MINUTES | TOTAL |
|------|-----|------|------|------|---------|-------|

### AUDIO DIAL-IN TELECONFERENCES

```
CONFERENCE:
HOST NAME:     ALAN BRODY                    RESERVED MINUTES:      60
HOST NUMBER:   609-987-                      RESERVED CONNECTIONS:   6 DIAL-IN

  1. CONFEREE            800 DI    03/07/2006   02:01pm     39        3.90
  2. CONFEREE            800 DI    03/07/2006   02:01pm     39        3.90
  3. CONFEREE            800 DI    03/07/2006   02:04pm     36        3.60
  4. CONFEREE            800 DI    03/07/2006   02:06pm     34        3.40

SUBTOTAL                                                   148       14.80
UNIVERSAL CONNECTIVITY CHARGE                                         1.61
ADMINISTRATIVE EXPENSE FEE                                            0.13
TAXES                                                                 1.96
                                                          ----      ------
TOTAL FOR CONFERENCE ID:                                   148      $18.50


CONFERENCE:
HOST NAME:     ALAN BRODY                    RESERVED MINUTES:      60
HOST NUMBER:   609-987-                      RESERVED CONNECTIONS:  15 DIAL-IN

  1. CONFEREE            800 DI    03/10/2006   03:30pm     38        3.80
  2. CONFEREE            800 DI    03/10/2006   03:30pm     38        3.80
  3. CONFEREE            800 DI    03/10/2006   03:30pm     38        3.80
  4. CONFEREE            800 DI    03/10/2006   03:32pm     36        3.60
  5. CONFEREE            800 DI    03/10/2006   03:33pm     35        3.50
  6. CONFEREE            800 DI    03/10/2006   03:33pm     35        3.50
  7. CONFEREE            800 DI    03/10/2006   03:48pm     16        1.60

SUBTOTAL                                                   236       23.60
UNIVERSAL CONNECTIVITY CHARGE                                         2.57
ADMINISTRATIVE EXPENSE FEE                                            0.21
TAXES                                                                 3.14
                                                          ----      ------
TOTAL FOR CONFERENCE ID:                                   236      $29.52
```

**AT&T TeleConference Services**

**AT&T**

Page 14 of 32

```
ACCOUNT ID:                                              BILL DATE: APR 01 2006
CUSTOMER:        ATTN: TELECOM DEPT
                 BUCHANAN INGERSOLL
ACCOUNT CODE:    PRINCETON / 0047891-1
```

## DETAIL OF SERVICE USAGE

| ITEM | QTY | TYPE | DATE | TIME | MINUTES | TOTAL |
|---|---|---|---|---|---|---|

### AUDIO DIAL-IN TELECONFERENCES

```
CONFERENCE:
HOST NAME:    ALLAN BRODY                RESERVED MINUTES:     120
HOST NUMBER:  609-987-                   RESERVED CONNECTIONS: 15 DIAL-IN

 1. CONFEREE              800 DI   03/12/2006   01:04pm    144      14.40
 2. CONFEREE              800 DI   03/12/2006   01:06pm    104      10.40
 3. CONFEREE              800 DI   03/12/2006   01:06pm    106      10.60
 4. CONFEREE              800 DI   03/12/2006   01:06pm    105      10.50
 5. CONFEREE              800 DI   03/12/2006   01:08pm    104      10.40
 6. CONFEREE              800 DI   03/12/2006   01:10pm    138      13.80
 7. CONFEREE              800 DI   03/12/2006   01:12pm     94       9.40
SUBTOTAL                                                   795      79.50
UNIVERSAL CONNECTIVITY CHARGE                                        8.67
ADMINISTRATIVE EXPENSE FEE                                           0.70
TAXES                                                               10.55
                                                           ───      ──────
TOTAL FOR CONFERENCE ID:                                   795     $99.42
```

## CALL TYPE CONFERENCE SUMMARY

TOTAL FOR ACCOUNT CODE:   PRINCETON / 0047891-1

| CALL TYPE | CONFERENCES | CONNECTIONS | MINUTES | CHARGES |
|---|---|---|---|---|
| AUDIO DIAL-IN:<br>-800 Auto | 3 | 18 | 1179 | 147.44 |
|  | 3 | 18 | 1179 | $147.44 |



Page  22 of 32

```
ACCOUNT ID:                                              BILL DATE: APR 01 2006
CUSTOMER:          ATTN: TELECOM DEPT
                   BUCHANAN INGERSOLL
ACCOUNT CODE:      PRINCETON / 47891-1
```

## DETAIL OF SERVICE USAGE

```
____ITEM_____        _QTY_    __TYPE__    __DATE__     __TIME__  _MINUTES_    __TOTAL___
```

### AUDIO DIAL-IN TELECONFERENCES

```
CONFERENCE:
HOST NAME:      ALAN BRODY                       RESERVED MINUTES:      60
HOST NUMBER:    609-987-                         RESERVED CONNECTIONS:   4 DIAL-IN

   1. CONFEREE                800 DI    03/03/2006   09:30am       30          3.00
   2. CONFEREE                800 DI    03/03/2006   09:30am       30          3.00
   3. CONFEREE                800 DI    03/03/2006   09:31am       30          3.00
   4. CONFEREE                800 DI    03/03/2006   09:36am       24          2.40
SUBTOTAL                                                          114         11.40
UNIVERSAL CONNECTIVITY CHARGE                                                   1.24
ADMINISTRATIVE EXPENSE FEE                                                      0.10
TAXES                                                                           1.57

TOTAL FOR CONFERENCE ID:   PAB7287                                114        $14.31


CONFERENCE:
HOST NAME:      LOUIS DELUCIA                    RESERVED MINUTES:      60
HOST NUMBER:    609-987-                         RESERVED CONNECTIONS:  15 DIAL-IN
                                                                         1 DIAL-OUT

   1. CONFEREE                800 DI    03/06/2006   02:00pm       15          1.50
   2. CONFEREE                800 DI    03/06/2006   02:00pm       15          1.50
   3. CONFEREE                800 DI    03/06/2006   02:01pm        2          0.20
   4. CONFEREE                800 DI    03/06/2006   02:02pm        1          0.10
   5. CONFEREE                800 DI    03/06/2006   02:02pm       12          1.20
   6. CONFEREE                800 DI    03/06/2006   02:03pm        1          0.10
   7. CONFEREE                800 DI    03/06/2006   02:03pm       12          1.20
   8. CONFEREE                800 DI    03/06/2006   02:03pm       12          1.20
   9. CONFEREE                800 DI    03/06/2006   02:04pm       11          1.10
  10. CONFEREE                800 DI    03/06/2006   02:04pm       10          1.00
  11. JUDGE SHIFF             OPER DO   03/06/2006   02:06pm        9          2.07
SUBTOTAL                                                          100         11.17
UNIVERSAL CONNECTIVITY CHARGE                                                   1.22
ADMINISTRATIVE EXPENSE FEE                                                      0.10
TAXES                                                                           1.38

TOTAL FOR CONFERENCE ID:                                          100        $13.87
```


**AT&T TeleConference Services**



Page 23 of 32

ACCOUNT ID: ~~0075596-0002~~
CUSTOMER: ATTN: TELECOM DEPT
BUCHANAN INGERSOLL
ACCOUNT CODE: PRINCETON / 47891-1

BILL DATE: APR 01 2006

## CALL TYPE CONFERENCE SUMMARY

TOTAL FOR ACCOUNT CODE:    PRINCETON / 47891-1

| CALL TYPE | CONFERENCES | CONNECTIONS | MINUTES | CHARGES |
|---|---|---|---|---|
| AUDIO DIAL-IN: -800 Auto | 2 | 15 | 214 | 28.18 |
|  | 2 | 15 | 214 | $28.18 |

# EXHIBIT T

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No. 0047891-000001

October 16, 2006  
Invoice No xxxxxxx  
Page 12

| Date | Quantity | Amount | Description |
|---|---|---|---|
| **Cost Code PROCESS - Process Service** | | | |
| 7/5/2005 | 1 | 74.80 | Connecticut State Marshal's Office - Service of Subpoena on Steven Mierisch on 07/05/05 |
| | 1 | 74.80 | |

# EXHIBIT U

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF  
FIRST CONNECTICUT CONSULTING GROUP  
Ref No  0047891-000001

October 16, 2006  
Invoice No. xxxxxxx  
Page 13

| Date | Quantity | Amount | Description |
|---|---|---|---|
| **Cost Code TRANS - Transcripts** | | | |
| 6/8/2006 | 1 | 277.20 | Fiore Transcription Service, Inc --Transcript - U.S. Bankruptcy Court Bridgeport, CT before Chief Judge Shiff 3/8/06 |
| | 1 | 277.20 | |

# EXHIBIT V

| In re: | CHAPTER 7 | | |
|---|---|---|---|
| First Connecticut Consulting Group, Inc., et al. | | | |
| Debtor. | Case No. 02-50852-AHWS (Jointly Administered) | | |

| | | | |
|---|---|---|---|
| | **Fees Previously Requested** | | $94,764.00 (First Interim) |
| | | | $107,060.00 (Second Interim) |
| | | | $458,240.00 (Third Interim) |
| | | | $233,313.50 (Fourth Interim) |
| | | | $414,300.00 (Fifth Interim) |
| | Total Fees Previously Requested | | $1,307,677.50 |
| | **Fees Previously Awarded** | | $91,564.00 (First Interim) |
| | | | $107,060.00 (Second Interim) |
| | | | $458,240.00 (Third Interim) |
| | | | $233,313.50 (Fourth Interim) |
| | | | To be decided (Fifth Interim) |
| | Total Fees Previously Awarded | | $890,177.50 |

**NAME OF APPLICANT:**
Buchanan Ingersoll & Rooney PC

**ROLE IN THE CASE:**
Counsel to the Official Committees of Unsecured Creditors of First Connecticut Consulting Group, Inc. and James Licata

**CURRENT APPLICATION RETAINER:**

**Final Period**

| | |
|---|---|
| Fees Requested | $78,206.00 |
| Expenses Requested | $2,826.86 |

**Fifth Interim**

| | |
|---|---|
| Fees Requested | $414,300.00 |
| Expenses Requested | $8,924.47 |

| | |
|---|---|
| **Expenses Previously Requested** | $10,535.03 (First Interim) |
| | $17,784.66 (Second Interim) |
| | $43,736.36 (Third Interim) |
| | $9,673.62 (Fourth Interim) |
| | $8,924.47 (Fifth Interim) |
| Total Expenses Previously Requested | $90,654.14 |
| **Expenses Previously Awarded** | $8,010.03 (First Interim) |
| | $17,784.66 (Second Interim) |
| | $43,736.36 (Third Interim) |
| | $9,673.62 (Fourth Interim) |
| | To be Decided (Fifth Interim) |
| Total Expenses Previously Awarded | $79,204.67 |
| Retainer Paid | $0 |

FEE APPLICATION

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| John P. Warner | 1978 | 12.4 | 270.00* | $3,348.00 |
| Louis T. DeLucia | 1986 | 13.1 | 270.00 | 3,537.00 |
| Bruce P. Levine | 1986 | 10.2 | 270.00 | 2,754.00 |
| Alan J. Brody | 1991 | 159.3 | 270.00* | 43,011.00 |
| **ASSOCIATES** | | | | |
| Scott J. Good | 2003 | 0.4 | 200.00 | 80.00 |
| Patricia A. Lauch | 2004 | 62.2 | 240.00 | 14,928.00 |
| **PARAPROFESSIONALS** | | | | |
| Karla Villatoro | | 5.8 | 100.00 | 580.00 |
| Barbara A. Parkes | | 71.2 | 140.00 | 9,968.00 |
| **TOTAL** | | 334.6 | | $78,206.00 |

---

* The Buchanan Firm agreed to charge a maximum hourly rate of $270.00 for shareholders, a rate substantially below what the Buchanan Firm customarily charges for bankruptcy and non-bankruptcy clients.