UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT (BRIDGEPORT)

|  |  |
|---|---|
| In re:<br><br>**FIRST CONNECTICUT CONSULTING GROUP, INC.**, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 02-50852<br><br>(Jointly Administered) |

**ORDER APPROVING REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE AND FINAL APPLICATION FOR FEES AND REIMBURSEMENT OF REASONABLE EXPENSES SUBMITTED BY BUCHANAN INGERSOLL & ROONEY PC, FORMER COUNSEL TO THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS OF FIRST CONNECTICUT CONSULTING GROUP, INC. AND JAMES LICATA**

The Court having been presented with the Request for Payment of Administrative Expense (the "Application") by Buchanan Ingersoll & Rooney PC (the "Buchanan Firm"), counsel to the former Official Committees of Unsecured Creditors of First Connecticut Consulting Group, Inc. and James Licata (the "Committees"), and the Court having reviewed and considered the Application and any opposition filed thereto, and the Court having found that the professional compensation sought in the Application is reasonable and necessary, and that the reimbursements of disbursements sought in the Application represent actual and necessary expenses incurred by the Buchanan Firm in its representation of the Committees; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Application is granted and that the Buchanan Firm is awarded compensation for professional services rendered in the amount of $414,300.00, and reimbursement of disbursements in the amount of $8,924.47, recorded for the period of August 1, 2005 through and including March 31, 2006 (the "Fifth Interim Period"); and it is further

**ORDERED, ADJUDGED, AND DECREED** that the Buchanan Firm is awarded compensation for professional services rendered in the amount of $78,206.00, and reimbursement of disbursements in the amount of $2,826.86, recorded for the period of April 1, 2006 through and including June 27, 2006 (the "Final Fee Period"); and it is further

**ORDERED, ADJUDGED, AND DECREED** that pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), the Buchanan Firm's request for final allowance of compensation in the aggregate amount of $1,382,683.50 ("Allowed Fees"), together with reimbursement of disbursements actually and necessarily incurred in the aggregate amount of $90,956.00 ("Allowed Reimbursements"), for the period between August 1, 2002 through and including June 27, 2006 (the "Entire Fee Period") is granted; and it is further

**ORDERED, ADJUDGED, AND DECREED** that the Debtors are authorized and directed to immediately pay to the Buchanan Firm, as a Chapter 11 administrative expense, the Allowed Fees and the Allowed Reimbursements, to the extent not previously paid.

BY: _____
THE HONORABLE ALAN H. W. SHIFF
JUDGE FOR THE UNITED STATES
BANKRUPTCY COURT FOR THE
DISTRICT OF CONNECTICUT
(BRIDGEPORT DIVISION)

Dated: