**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In the matter of | ) | Chapter 7 |
| | ) | |
| FIRST CONNECTICUT CONSULTING GROUP, INC., | ) ) | Case No.  02-50852 (JJT) |
| | ) | |
| Debtor | ) | March 5, 2020 |

**FINAL APPLICATION FOR ALLOWANCE AND PAYMENT
OF COMPENSATION TO SPECIAL COUNSEL FOR TRUSTEE**

The Application of Richard M. Coan, Trustee respectfully represents:

1. Your Applicant was heretofore appointed trustee of this estate, has qualified, and now is serving as such trustee.

2. By Order dated August 6, 2018, this Court approved the amended application to employ Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. ("Stearns Weaver" or "the Firm") as special counsel.

3. The Trustee engaged Stearns Weaver pursuant to said order.  As set forth in the said amended application to employ special counsel, it was contemplated that said firm would seek compensation on an hourly basis in addition to reimbursement of all reasonable out-of-pocket expenses and disbursements.

4. Stearns Weaver was engaged to serve as local counsel and to otherwise assist Attorney Paul Gilmore of Updike, Kelly & Spellacy, P.C.  Previously, on behalf of the above-captioned estate and the estate of James J. Licata (Ronald I. Chorches, Trustee) Attorney Gilmore obtained a judgment in Adversary Proceeding No. 03-05045 against Cynthia Licata in the amount of $1,625,000.00.  In June 2018, with the statute of limitations fast approaching,  Attorney Gilmore required local Florida counsel to assist with the finalization and commencement of a fraudulent transfer action.  Attorney Gilmore required local counsel to file the action in Florida and to assist in the proper identification and location of all parties defendant.  The work of the Stearns Weaver firm included conforming the complaint to the local rules of court, compliance with the Florida lis pendens statute, compliance with Florida local rules and pleading requirements, assistance with service of process and with other aspects of the litigation.  Although there was good cause to

commence the fraudulent conveyance action, said action was subsequently withdrawn as a result of evidence that was uncovered subsequent to the commencement of the action. The work of Stearns Weaver is now complete.

5. Stearns Weaver seeks compensation at this time pursuant to its fee agreement. As shown on the Firm's invoice attached hereto as Exhibit A, the dollar value of the time expended by said law firm was $6,640.50 and said firm seeks reimbursement of expenses in the amount of $776.40. The undersigned Trustee and Ronald I. Chorches, Trustee of the estate of James J. Licata agreed that the responsibility for the payment of the allowed fee and expenses of Stearns Weaver would be shared equally by the two estates. Fifty percent of the requested fee and expenses comes to $3,320.25 in compensation and $388.20 for reimbursement of expenses and the undersigned Trustee seeks authority to disburse said sums to Stearns Weaver.

6. Stearns Weaver has received no payments, and no promises for payment from any source for services rendered in this case or to be rendered in any capacity whatsoever in connection with this case, and there is no agreement or understanding between the Firm and any other person for the sharing of compensation to be received for services rendered in this case.

7. No previous application has been made by or on behalf of the Firm for allowance, and no previous allowance with respect said recovery has been made.

**WHEREFORE,** your Applicant prays that this Court grant him authority to disburse the foregoing sums.

Dated at New Haven, Connecticut this 5th day of March 2020.

Respectfully Submitted,

/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
Telephone:   (203) 624-4756
Facsimile:    (203) 865-3673
rcoan@coanlewendon.com

Exhibit A

# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Line: (305) 789-3200
Fax: (305) 789-3395

RONALD I. CHORCHES AND RICHARD M. COAN, TRUSTEES
c/o Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
100 Pearl Street
P.O. Box 231277
Hartford, CT 06123-1277

Invoice Date: February 20, 2019
Invoice Number: 15966257
Page 1

### For Professional Services Rendered Through January 31, 2019

Our Matter #   43500.0001
Fraudulent Transfer Action Against Licata & Cortese

| Date | Professional | Description | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| 06/14/18 | FRB | Correspondence to P. Gilmore concerning statute of limitations, service and filing process; | 0.30 | 395.00 | 118.50 |
| 06/20/18 | FRB | Correspondence regarding appointment by Bankruptcy court and review draft template; | 0.20 | 395.00 | 79.00 |
| 06/22/18 | FRB | Send conflict check and review draft complaint and summons; | 0.50 | 395.00 | 197.50 |
| 06/22/18 | MDK | Research regarding various issues, including statute of limitations, relevant to the Complaint; review, revise and finalize Complaint, communicate with P. Gilmore regarding same; | 3.20 | 475.00 | 1,520.00 |
| 06/22/18 | MDK | Communicate with Clerk, Sarasota Circuit Court regarding filing of Complaint, date received; | 0.20 | 475.00 | 95.00 |
| 06/25/18 | MDK | Communicate with Clerk's office regarding status of case number, summons issuance; | 0.20 | 475.00 | 95.00 |
| 06/25/18 | MDK | Communicate with P. Gilmore regarding case and judge assignment, summons issuance; | 0.20 | 475.00 | 95.00 |
| 06/26/18 | FRB | Draft notice of lis pendens; | 0.30 | 395.00 | 118.50 |
| 06/28/18 | FRB | Review draft notice of lis pendens; | 0.20 | 395.00 | 79.00 |
| 07/02/18 | FRB | Correspondence to client regarding hourly rates; | 0.10 | 395.00 | 39.50 |
| 07/03/18 | FRB | Revise draft declaration, obtain and review creditors list for conflicts check, confer with M. Graham and D. Dilworth concerning employment as special counsel; | 0.80 | 395.00 | 316.00 |
| 07/03/18 | MMG | Discuss background of new matter with F. Bridges; review application to employ special counsel; review | 0.30 | 350.00 | 105.00 |

MIAMI   •   TAMPA   •   FORT LAUDERDALE   •   TALLAHASSEE   •   CORAL GABLES

Invoice Number: 15966257
Invoice Date: February 20, 2019
Page 2

| Date | Professional | Description | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| | | Rules of Bankruptcy Procedure and local rules re: disclosure of potential adverse interests and related issues. | | | |
| 07/05/18 | FRB | Review bankruptcy rules in connection with declaration; | 0.20 | 395.00 | 79.00 |
| 07/05/18 | FRB | Review and revise draft declaration; | 0.90 | 395.00 | 355.50 |
| 07/05/18 | FRB | Conform papers to file for special counsel employment by additional trustee; | 0.30 | 395.00 | 118.50 |
| 07/05/18 | FRB | Discuss status of bankruptcy and procedure for employment by trustee with D. Dillworth; | 0.20 | 395.00 | 79.00 |
| 07/05/18 | FRB | Review docket of pending bankruptcy proceedings on pacer; | 0.10 | 395.00 | 39.50 |
| 07/05/18 | FRB | Continue review of list of creditors' names and connections; | 0.50 | 395.00 | 197.50 |
| 07/06/18 | FRB | Begin review of conflicts report; | 0.20 | 395.00 | 79.00 |
| 07/09/18 | FRB | Review list of creditors; | 0.10 | 395.00 | 39.50 |
| 07/09/18 | MMG | Review and comment on declaration of F. Bridges as proposed special counsel; review list of creditors and conflicts report re: disclosure of potential adverse interests. | 1.30 | 350.00 | 455.00 |
| 07/10/18 | FRB | Review conflicts list and revise draft declaration; | 0.30 | 395.00 | 118.50 |
| 07/11/18 | FRB | Revise and finalize affidavits; | 0.40 | 395.00 | 158.00 |
| 07/11/18 | FRB | Review conflicts searches; | 0.30 | 395.00 | 118.50 |
| 07/24/18 | FRB | Check status of service on defendants; | 0.10 | 395.00 | 39.50 |
| 07/30/18 | FRB | Email and call with client regarding declaration; | 0.10 | 395.00 | 39.50 |
| 08/01/18 | FRB | Correspondence with P. Gilmore regarding application for employment, default, and status of service on defendants; | 0.30 | 395.00 | 118.50 |
| 08/09/18 | FRB | Correspondence regarding counsel for C. Licata and request for extension of time to respond to complaint; | 0.20 | 395.00 | 79.00 |
| 08/09/18 | FRB | Review of Court order on application to employ; | 0.10 | 395.00 | 39.50 |
| 08/17/18 | FRB | Email to opposing counsel regarding representation of defendants; | 0.10 | 395.00 | 39.50 |
| 08/20/18 | FRB | Review affidavits of service on defendants served in Connecticut; | 0.20 | 395.00 | 79.00 |
| 08/20/18 | FRB | Review correspondence from lawyer representing several of the defendants; | 0.10 | 395.00 | 39.50 |

Invoice Number: 15966257
Invoice Date: February 20, 2019
Page 3

| Date | Professional | Description | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| 08/28/18 | FRB | Draft motion for clerk's default as to Bawot; | 0.20 | 395.00 | 79.00 |
| 08/28/18 | FRB | Follow-up with process server concerning affidavit; | 0.10 | 395.00 | 39.50 |
| 08/29/18 | FRB | Review email from opposing counsel regarding extension of time to respond; | 0.10 | 395.00 | 39.50 |
| 08/30/18 | MMG | Review correspondence re: probable cause determination and length of time to challenge lis pendens; review Florida Statutes re: lis pendens; conference with F. Bridges re: same. | 0.50 | 350.00 | 175.00 |
| 09/07/18 | FRB | Check status of affidavit of service for Bawot; | 0.10 | 395.00 | 39.50 |
| 09/07/18 | FRB | Check status of answer from counsel for Licata, Cortese and Pasquale Cortese; | 0.10 | 395.00 | 39.50 |
| 09/10/18 | FRB | Draft pro hac vice motion for P. Gilmore; | 0.40 | 395.00 | 158.00 |
| 09/13/18 | FRB | Review motion for default and prepare same for filing; | 0.20 | 395.00 | 79.00 |
| 09/20/18 | FRB | Correspondence with P. Gilmore regarding defendants' request for additional time to respond to complaint; | 0.10 | 395.00 | 39.50 |
| 10/02/18 | FRB | Check status of service of process on all defendants and default status; | 0.20 | 395.00 | 79.00 |
| 10/02/18 | FRB | Review order of default entered by clerk and send same to P. Gilmore; | 0.10 | 395.00 | 39.50 |
| 10/22/18 | FRB | Correspondence concerning response to the complaint; | 0.20 | 395.00 | 79.00 |
| 10/30/18 | FRB | Review of Order Granting Motion to Allocate Assets Fees and Expenses and Order Approving Interim Application for Compensation; | 0.10 | 395.00 | 39.50 |
| 12/06/18 | FRB | Check status of response to complaint; | 0.20 | 395.00 | 79.00 |
| 12/06/18 | FRB | Correspondence with P. Gilmore regarding status; | 0.10 | 395.00 | 39.50 |
| 12/14/18 | FRB | Email to P. Gilmore regarding dismissal of action; | 0.20 | 395.00 | 79.00 |
| 12/14/18 | FRB | Prepare draft notice of voluntary dismissal and send same to P. Gilmore; | 0.20 | 395.00 | 79.00 |
| 01/03/19 | FRB | Review and file Notice of Voluntary Dismissal Without Prejudice; | 0.20 | 395.00 | 79.00 |
| 01/22/19 | MDK | Communicate with P. Gilmore regarding notice of discharge of lis pendens; | 0.20 | 475.00 | 95.00 |
| 01/22/19 | MDK | Communicate with P. Gilmore regarding notice of discharge of lis pendens; | 0.20 | 475.00 | 95.00 |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

Invoice Number: 15966257
Invoice Date: February 20, 2019
Page 4

## Summary Of Fees

| Professional | Hours | Rate | Dollars |
|---|---|---|---|
| F. Rajani Bridges | 9.90 | 395.00 | 3,910.50 |
| M.D. Kelley | 4.20 | 475.00 | 1,995.00 |
| M. M. Graham | 2.10 | 350.00 | 735.00 |
| **TOTAL** | **16.20** | | **6,640.50** |

**FEES FOR PROFESSIONAL SERVICES** $ 6,640.50

## Summary of Expenses

| | |
|---|---|
| Electronic Filing Fee Charges | 455.00 |
| Online Research | 16.40 |
| Process Server Charges | 305.00 |
| **TOTAL EXPENSES** | $ **776.40** |
| **TOTAL DUE THIS INVOICE** | $ **7,416.90** |

**M.D. Kelley**

# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Line: (305) 789-3200
Fax: (305) 789-3395

**REMITTANCE PAGE**
For Professional Services Rendered

RONALD I. CHORCHES AND RICHARD M. COAN, TRUSTEES
c/o Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
100 Pearl Street
P.O. Box 231277
Hartford, CT 06123-1277

Invoice Date: February 20, 2019
Matter Number: **43500.0001**
Invoice Number: **15966257**
Page: 5

| | | |
|---|---|---|
| **TOTAL FEES:** | $ | 6,640.50 |
| **TOTAL EXPENSES:** | $ | 776.40 |
| **TOTAL DUE THIS INVOICE:** | $ | 7,416.90 |
| **GRAND TOTAL:** | $ | 7,416.90 |

| Please make checks payable to: | To pay via wire transfer: |
|---|---|
| Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.<br>150 W. Flagler Street, Suite 2200<br>Attention: ACCOUNTS RECEIVABLE<br>Miami, Florida 33130<br><br>F.E.I. 59-2126062 | Citibank, N.A.<br>ABA Number: 266086554<br>Account Number: 3200530069<br><br>Please include invoice/matter number(s) to avoid delays and errors in processing. |

Please Return This Copy With Your Payment, Thank You!

## Carolyn Jean-Joseph

**From:** noreply@myflcourtaccess.com
**Sent:** Friday, June 22, 2018 6:34 PM
**Subject:** Filing Received

Dear Marissa D Kelley:

This email verifies the receipt of 7 documents submitted by you to Sarasota Circuit Civil on 06/22/2018 06:33:49 PM.

UCN:

| | |
|---|---|
| Clerk Case #: | NEW CASE |
| Case Style: | Ronald I Chorches VS Cynthia Licata |
| Document Title: | Civil Cover Sheet<br>Complaint<br>Summons Circuit Efiled - Request for Issuance<br>Summons Circuit Efiled - Request for Issuance<br>Summons Circuit Efiled - Request for Issuance<br>Summons Circuit Efiled - Request for Issuance<br>Summons Circuit Efiled - Request for Issuance |
| Matter #: | |
| Memo: | |
| Filing Fee: | $400.00 |
| Complaints/Statements of Claim Complaint: | $0.00 |
| Summons Summons Circuit Efiled - Request for Issuance: | $50.00 |
| Statutory Convenience Fee: | $5.00 |
| Total Fee: | $455.00 |
| Fee Status: | Assessed |
| Paid By: | Pay by Check |
| MFC Order #: | 21881551 |

**The E-Portal reference number of this filing is: 74006707.** Please reference this Filing # in any correspondence.

You will receive a follow-up email when your filing has been docketed with the Clerk. At that time, the fee settlement will be transmitted to your banking institution for payment. You, as the

filer are responsible for fee payment. If there are any issues with payment processing, you will be contacted by the Civitek Banking Department.

Follow us on Twitter @FLCourtsEFiling

Subscribe to our YouTube Channel https://www.youtube.com/user/FLCrtsEFilingPortal

View the Training Manualshttps://www.myflcourtaccess.com/authority/trainingmanuals.html

This is a non-monitored email. Do not reply directly to it. If you have any questions about this filing please contact the Sarasota Circuit Civil division.

Thank you,
The Florida Courts E-Filing Portal

Quick Response Process Serving
1421 S.W. 107 Avenue
# 183
Miami, FL 33174
Phone: (305) 859-9550
Fax: (305) 859-8406
94-3478400

**INVOICE**

Invoice #QRP-2018000969
7/13/2018

*367602*

Marissa D. Kelly
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
200 East Las Olas Boulevard
Suite 2100
Fort Lauderdale, FL 33301

Your Contact: Madeleine Hernandez
**Case Number: Sarasota 2018 CA 003365 NC**

Plaintiff:
**RONALD I. CHORCHES, AS CHAPTER 7 TRUSTEE OF JAMES J. LICATA, and RICHARD M. COAN, AS CHAPTER 7 TRUSTEE OF FIRST CONNECTICUT CONSULTING GROUP, INC.,**

Defendant:
**CYNTHIA LICATA, an individual, CHIARA MARY CORTESE, an individual, CHIARA MARY CORTESE AS TRUSTEE OF THE JOHN STEVEN BAWOT LIVING TRUST, CHRISTOPHER PASQUALE CORTESE, as fiduciary of the ESTATE OF JOHN STEVEN BAWOT (DECEASED), JOHN STEVEN BAWOT, JR., as fiduciary of the ESTATE OF JOHN STEVEN BAWOT (DECEASED),**

Received: 7/5/2018   Served: 7/11/2018 7:25 pm   SUBSTITUTE - RESIDENTIAL
To be served on: Cynthia Licata

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Subpoena Service Fee (Statewide) Sarasota, Florida 34239 | 1.00 | 65.00 | 65.00 |
| **TOTAL CHARGED:** | | | $65.00 |

**BALANCE DUE:**  $65.00

*please pay
43500.0001
Marissa Kelly*

Please enclose a copy of this invoice with your payment.
Thank you for your business.

Page 1 / 1

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

**JON GALLUP**
CONSTABLE, CITY of STAMFORD
POST OFFICE BOX 3453
STAMFORD, CONNECTICUT 06905-0453
203-969-0232

*SERVICE OF LEGAL PROCESS*

367916

# INVOICE
8/2/2018

Martin B. Woods, Esq.
Stearns Weaver Miller Weissler
 Alhadeff & Sitterson PA
200 East Las Olas Boulevard, 2100
Fort Lauderdale, FL 33301-2238

954-462-9559
954-462-9567f

Ronald I. Chorches, et al v. Cynthia Licata, et al
74006707

| | |
|---|---|
| Service of Foreign Jurisdictional Process<br>Chiara Mary Cortese<br>34 Crimmins Road, Darien<br>John Steven Bawot Living Trust<br>Chiara Mary Cortese, Trustee<br>34 Crimmins Road, Darien<br>Estate of John Steven Bawot<br>John Steven Balwot Jr., Fiduciary<br>24 Park Place, Darien<br>Estate of John Steven Bawot<br>Christopher Pasquale Balwot, Fiduciary<br>24 Park Place, Darien | $ 240.00 |

*please pay*
*43500.0001*
*made re Nony*

TOTAL DUE ON RECEIPT                                   $  240.00

## Debra Lomedico

**From:** Madeleine Hernandez
**Sent:** Monday, August 06, 2018 11:36 AM
**To:** ACCOUNTS PAYABLE
**Subject:** Attached is an invoice for payment.
**Attachments:** Invoice from Process Server.PDF


Madeleine Hernandez
Assistant to Martin B. Woods, Esq.,
Farah R. Bridges, Esq. and Glenn M. Rissman, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, Florida 33301
Direct: (954) 462-9559
Fax: (954) 462-9567

1