# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| **FIRST CONNECTICUT CONSULTING GROUP, INC.,** | ) ) ) | Case No. 02-50852 (JJT) |
| Debtor. | ) | |

---

## FEE APPLICATION COVER SHEET

**Final Fee Application of:**   Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.

**Time Period:**   June 2018 to Present

**Bankruptcy Petition Filed:**   June 2006 - Conversion

**Date of Entry of Retention Order:**   August 6, 2018

Amount requested:   Reductions:

Fees: 50% of $6,640.50 = $3,320.25        Voluntary Fee Reductions:  -0-

Expenses: 50% of 776.40 =$ 776.40        Expenses        -0-

Total: 50% of $7,416.90 = $3,708.45*

**Retainer Request:**   -0-

**Previously requested compensation and expenses:**        None.

**Attorney Information:**   See Exhibit A attached to Application

**Hours and Rates:**   See Exhibit A attached to Application

---

\*   The payment of the allowed fee and expenses of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. to be paid equally by this estate and the estate of James J. Licata (via Ronald I. Chorches, Trutee)