**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In the matter of | ) | Chapter 7 |
| | ) | |
| FIRST CONNECTICUT CONSULTING GROUP, INC., | ) ) | Case No.  02-50852 (JJT) |
| | ) | |
| Debtor | ) | |

**PROPOSED ORDER FOR FINAL ALLOWANCE AND PAYMENT**
**OF COMPENSATION TO SPECIAL COUNSEL FOR TRUSTEE**

The Trustee's Application for Final Allowance and Payment of Compensation to Special Counsel for Trustee having been duly presented, and it appearing that the same ought to be granted, it is hereby

**ORDERED,** that the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., as special counsel for the Trustee, is allowed compensation from the above-captioned estate (50% of the requested fee - $6,640.50; and 50% of the requested expenses - $776.40) and Richard M. Coan, Trustee is hereby to authorized to pay the sum of $3,320.25 as compensation and the sum of $388.20 as reimbursement of expenses to said law firm forthwith; provided, however, that said compensation shall be subject to adjustment and/or disgorgement should there not be sufficient funds to pay all Chapter 7 expenses in full.